## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 18-8040 |
| v. | : Hon. Leda D. Wettre |
| PARMJIT PARMAR,<br>a/k/a "Paul Parmar,"<br>SOTIRIOS ZAHARIS,<br>a/k/a "Sam Zaharis"<br>RAVI CHIVUKULA | : **SEALING ORDER** |

This matter having been brought before the Court upon application of Craig Carpenito, the United States Attorney for the District of New Jersey (Nicholas P. Grippo and Paul A. Murphy, Assistant United States Attorneys, appearing), for an order sealing the Complaint and Arrest Warrants issued on this date, and for good cause shown,

IT IS on this 15th day of May, 2018,

ORDERED that the Complaint, Arrest Warrant, and all related documents, except as necessary to effectuate the arrest of the defendants, be and hereby are sealed until the arrest of any defendant or until further Order of this Court.

_____
Honorable Leda D. Wettre
United States Magistrate Judge