UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                  :          NO._____2:18-MJ-8040-1_____

          V.                      :

                                  :          NOTICE OF ATTORNEY APPEARANCE

PARMJIT PARMAR                    :

                                  :

SIR:

   YOU   ARE   HEREBY  NOTIFIED   THAT   I   APPEAR   FOR

_____PARMJIT PARMAR____,  THE   DEFENDANT IN  THE  ABOVE-ENTITLED  MATTER.

DATE:_____5/16/2018_____

SIGNATURE:_____

NAME:_____Jeffrey Hoffman, Retained_____
(Please Print)

FIRM NAME:_Kindel S Mur____

ADDRESS:_156 W 56 St____

_AY, NY____

TELEPHONE NUMBER:_212-237-1016____

EMAIL ADDRESS:_Jhoffman@Winkelsmark.com_