IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-8040 |
| Plaintiff, | |
| v. | |
| PAUL PARMAR, | |
| Defendant. | |

### **<u>DECLARATION OF PAUL PARMAR.</u>**

I, PAUL PARMAR, declare, under penalty of perjury, as follows:

1.   I submit this declaration with the goal of helping the Court understand that I will face the charges against me; I will not flee, and I am not flight risk.

2.   I come from a military family background, and no one on my grandfather's side, nor anyone from my extended family on either my mother's or father's side, nor any of my cousins have ever been arrested or charged with a crime. They all believe in communal society and believe in living and working within its structure and rules. My Grandfather served in the British Army during World War II, in Egypt and the Mediterranean. He also served as an officer of independent India. My father and his two brothers all were officers in the Indian defense forces. My mother was a school mathematics teacher. Most of my cousins are doctors or in the software field in the United States.

1

3. *Based on an article that was published in major newspapers in 2011, claiming that I acted as a spy in the Middle East and Pakistan on behalf of the United States Homeland Security Agency, the NSA and the CIA, I have been very restricted in my travel. Even though the article is inaccurate, it is out there, and I was and am certain that my safety and life are at risk. As a result, I did not travel for 28 months and, whenever I have travelled in the last six years, I always made sure that a government agent knew my itinerary and whereabouts. As a result, the agent knows everything about where I go.*

4. *Because there have been many articles in the press about me over the past 20 years, and way too many photographs of me on the internet, there is nowhere for me to hide. I am one google search away from 100's of pictures of and articles about me on the internet.*

5. *I have travelled to India less than once per year in the past 25 years, usually for less than 7 days, which shows the lack of depth of any relationships or interests that I have there. In fact, I was turned back from India in 2010 because I did not have a proper visa, proof that I am a citizen of the United States and not of India, and I do not have dual citizenship. I travelled to watch the world cup final in Mumbai and did not have the proper permit on my visa, and I was denied entry and sent back on a return flight from the airport. None of my reputed contacts in India would intervene as that would violate the law. I believe that I was the first US citizen to be deported by India for lack of proper paperwork to enter India.*

6. *All of my immediate family and the majority of my extended family are in the United States. All my contacts and relations will only assist me in my bail and support me to face charges within the legal system.*

7. *I do not have nor ever had a pilot's license.*

8. *I declare under oath that I have no assets or means outside the United States; I do not have or know of any means of entering another country without a passport; I do not know anyone in any country that would allow me to enter the country without a passport; I do not have any means to work and make a living in any another country; I do not have relationships that will help me or provide me with means to avoid the law.*

9. *The people who are providing the bail collateral have offered their hard-earned savings, that they have assembled from their life long savings. If I were to abscond and jump bail, I would be bankrupting my entire immediate family, my cousins and my extended family. They are supporting me to be able to face my charges in the right way; they are not supporting me to run from the law and thereby bankrupt them.*

10. *I will not jeopardize the financial welfare and reputations of my family members or violate the trust of all the people who have written to tell the court they have confidence in me. I will abide by all conditions of release imposed on me and obey the rules and requirements of the Court*

*I declare under penalty of perjury, pursuant to 28 U.S.C §1746, that the foregoing is true and correct.*

*Executed at  Essex County Jail   on May* **29th**, *2018.*

*Paul Parmar* (signature)

Paul Parmar