Windels Marx Lane & Mittendorf, LLP

windelsmarx.com

Jeffrey C. Hoffman
212.237.1018
jhoffman@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

June 5, 2018

**ECF**
Clerk
United States District Court
Martin Luther King, Jr. Federal Bldg. & U.S.
Courthouse 50 Walnut Street, Room 4C
Newark, New Jersey 07102

Re: *United States v. Parmjit Parmar a/k/a Paul Parmar,*
*Criminal No. 18-8040*

Dear Sir/Madam:

On May 31, 2018, Magistrate Judge Leda Dunn Wettre granted the government's motion for detention and denied the defendant Parmjit Parmar's motion for release on bail. Mr. Parmar seeks to appeal to a district court judge; however, the case has not yet been assigned.

For purposes of an appeal to and review by a district judge, we request that the case be assigned to a judge to whom we may submit our papers.

Thank you for your assistance.

Respectfully submitted,

Jeffrey C. Hoffman

JCH:mvr

cc: Assistant U.S. Attorney Paul Murphy
paul.murphy@usdoj.gov

{11553822:1}