May 21, 2018

Honorable Judge
United States District Judge

RE: Parmjit Paul Parmar

Dear Judge,

My name is Bhupinder Kumar and I am in Frangrance distribution business for the past 25 years under the name of Spectrum NJ LLC. I am writing on behalf of Paul Parmjit Parmar today, I first met him in the year 2008. I can assure you that Paul's character is one of the most caring, reliable, generous and helpful people in this world.  He supports families, his community and charities a lot. Whenever I met him I always felt like family due to his this nature. I can even call him at any time in the  morning and he will be there. Paul immediately and constantly supported, cared and has really been influential in helping families through difficult situations. His nature is of a good human being first before anything else.

He is one of the best men I have ever known, I would be happy to further provide you with any additional documentation or details regarding you may need. I hold Paul Parmjit in the highest regard and urge you to reduce his bail.


Sincerely,

Bhupinder Kumar.

DocuSign Envelope ID: 8BB87F34-AA28-443D-B649-A78D90972370

Honorable Judge
United States District Judge


RE: Parmjit Paul Parmar


I am writing on behalf of Paul Parmar who is in custody at a federal jail in New
York. I have known both Mr. Paul Parmar as well as his family for over 8 years
and feel compelled to write this letter on his behalf as I know him as a
hardworking, honest, industrious person who cherishes his family.
My name is Dr. Kiranpreet Singh Parmar and I first met Paul through my oldest
daughter who was a classmate and later friend to his niece. Over the years I have
seen firsthand that he is a caring uncle and a loving son. He is also a great friend
to me and a welcome member to our family. We share a special bond in that we
both lost our mothers before their time and that we both live with our fathers. I am
a gastroenterologist and have teaching privileges at Staten Island University and
have been practicing in the community for two decades. I can say that my personal
knowledge and relationship with Mr. Parmar is the foundation on which I can
assure you that he is not a flight risk in New Jersey. As a physician, friend and
father I am more than happy to testify in support of this request and Mr. Parmar.
Although I am aware that Mr. Parmar faces serious allegations and there is concern
in granting bail. I wish to not only submit this letter of support but my personal
endorsement of his character and attest that his attachment to his family is deeply
rooted. I urge you to consider a reduction or leniency in granting bail so that he
may be able to serve the best interests of justice and his family.


Respectfully

DocuSigned by:

*Kiranpreet S Parmar*

9A55AD911F7648B...

5/22/2018

Kiranpreet S Parmar MD

Dear Honorable Judge,

We, Rajni Bala and Anil Kumar Monga, residents of 11 Tricorne Ct., Holmdel, NJ 07733, humbly request relief for our friend, Paul Parmar; we know the family to be honorable and caring community members for many years. He has been extending his hand to many philanthropic organizations and trying his best to contribute to society in a positive way.

Paul has been taking care of his father, a serious heart patient for a number of years, and has provided continued support to his sister and beloved brother. We have seen Paul coaching his young niece and nephew about valuable life lessons. Paul has been a respected member of the community, and we can witness his true dedication to his faith as well as the environment at large, which is evident from his wildlife preservation efforts. He may have stumbled along the way, but given the opportunity, we firmly believe that he will come up with all the required answers you may need.

We humbly request you to grant bail on his recognition, as all his assets are tied up in this case, and it will give him the opportunity to prove his innocence. While we understand that these are unforeseen circumstances that nobody wants to be in, your granted relief will help the family, the community and the environment until the final decision is made about his actions.

Our sincere and humble request is for you to grant Paul bail with limited restrictions so that he can have a fair chance to prove himself in front of the honorable court of law.

Sincerely and with Best Regards,

Rajni B. and Anil K. Monga

**To Whom It May Concern**


    My Name is Anil Kurria resident of 1 Appaloosa Drive Manalapan, New Jersey 07726. I have known Paul Parmar personally for the last 15 years and we have worked together. To the best of my knowledge and belief, as a friend and colleague, he is a very good person and I have never heard anything negative about him. He is always very helpful to others and kind hearted person.

If you have any questions, please feel free to reach out to me.


Sincerely,


DocuSigned by:

*Anil kurria*

EFBAF85D914D475...

5/17/2018

Anil Kurria

732-788-4302

1 Appaloosa Drive

Manalapan, NJ 07726

To whom it may concern

Dear Sir,

My name is  Parmod Batra. I am a citizen of USA and have been in the USA since 1995. My family and I live at 114 Manchester Drive, Barrington, IL, 60010.

I have known Paul Parmar and his family since 1990. He was a junior in the same school  from where we graduated. He has been a very trusted and good friend since we met in school. He has been living in New Jersey for 25 plus years. He is very well respected in his community and among all his friends.

All of Paul's immediate family ( Father, sister and her family, brother and his family) lives in NJ area.  He has a strong bond with his family. His dad lives with him and he takes care of him.  I have visited Paul on various occasions and seen how much he cares about his dad and rest of the family.

He is very proud to be living in USA  and  is a responsible person.  I  request you to grant bail to Paul  and allow him to take part in legal proceedings.

*May 20, 2018*

Parmod Batra

May 21, 2018

Your Honor,

My wife, Rebecca Risbon, and I have known Parmjit (Paul) Parmar for 11 years. We are both veterinary oncologists and first met him as a client and have treated several of his dogs. He was very dedicated to their care and went to great lengths to help them in their battle with cancer. Since that time, we have also known him as a friend. During this time, he has always been a good and loyal friend to both of us. We stand for him as friends and can vouch for him so that he can work to clear his good name. Please feel free to contact us if we can be of further assistance.

Sincerely,

Craig A Clifford, MS, DVM, DACVIM (Oncology)

Rebecca Risbon, VMD, DACVIM (Oncology)

Contact Details:

2588 Cold Spring Road

Lansdale, PA 19446

732-233-5821 (Craig Cell)

610-348-6414 (Rebecca Cell)

Deepinder Arora
11 Embry Farm road
Marlboro NJ 07746

May 20,2018

Re: Paramjit Paul Parmar


Honorable Judge,

My name is Deepinder Arora and I am a practicing physician in New
Jersey.I am writing in reference to Paul Parmar.I have known him for
last few years as I am very good friends with his sister.I know him as a
kind and genuine person.He is a man of his word and is a well respected
member of our community in Marlboro and Colts neck area.He takes
care of his aging father and is very reliable.I urge you to reduce his bail
or eliminate it.I am sure he is eager to clear his name.


Respectfully

DocuSigned by:

————7B643A78A47B4E3...

5/21/2018

Deepinder Arora

To Whom It May Concern

My name is Divya Jain and I am a Director at Steps-2-Fit. I have known Paul

Parmar for last two years. He is polite and family person who would go

out of his way to help anyone in need.

Paul has all his family and friends in US. I sincerely

believe that he should be granted bail and a fair chance for trial.

Sincerely,

Divya Jain

732-821-6765

56 Pin Oak Dr

North Brunswick – NJ - 08902

May 17, 2018.


To Whom It May Concern:

My name is Elena Sartison and I have known Paul Parmjit Parmar for over 4 years as we have been good friends ever since I came to United States. Paul has a great personality that attracts people and makes everybody like him and be friendly and nice to him. He is the person you can trust and rely on in every situation. He is a very generous man, who believed in people, inspire and put on a right path of their life.

When Paul saw how passionate I am with my business idea, he believed in me and my enthusiasm and he helped me understand various aspects of the business so I will be able to run my business effectively and make it a success. And I could see that he is very passionate about business and a very hardworking person, who always play by the rules.

Paul is the most helpful person I know. Who always ready to give a chance and opportunity.

He also loves animals very much, he always had dogs in his life and treated them as a part of the family. Once my dog Charlie got sick and even with his busy schedule Paul was there to gave me useful instructions how to treat him and make him feel better and helped him to see veterinary as soon as possible.

I am absolutely trust and respect Paul and without hesitation can say that he is very trustworthy person and a man of his word, if he promises something- he will always do.


Sincerely,


Elena Sartison.

To Whom It May Concern:

My name is Gaurav Sharma, and I am a rising sophomore at Duke University as well as Parmjit Parmar's nephew. I have been close to him for all of my 19 years of life, since we live very close together in New Jersey and he is my mom's brother. Parmjit, or Paul uncle as I call him, has filled many roles for me. He has felt like a third parent at times with his guidance and mentorship, and a friend at others, someone with whom I could share anything I wanted. Through these experiences with him, I can attest to the fact that he is a man of character and of the strongest moral fiber.

From my early school days to the present, he has pushed me to be a better student. He constantly forces me to aim higher and reach for the stars in my academics and in my career, and always with a focus on ethics. I recall a conversation we were having about me preparing for my SATs and how big of a deal the test is for high school students. Without any sort of prompt or mention of cheating, he looked at me and told me something along the lines of, "no matter how hard the pressure is or how important the consequences of this test may be, remember that you must never, ever cheat. You can recover from a bad test but you can never recover from being a bad person."

We often play board games as a family, such as Monopoly. In one game, my sister jokingly said something about swiping an extra hundred from the bank since she was in a bad position, and we laughed, knowing it was in jest. However, my uncle took even the suggestion of such a thing very seriously, looked her in the eyes, and said "cheaters never win in the end." That is a very frequent sentiment from him. He has always offered me career and life advice as well, and I can partially trace my own deep interest in business and finance to him. He offers me the utmost help and encouragement in that sense, but always with the stipulation that I remember to play by the rules, follow the law, and always put doing the right thing before doing the most profitable thing. My uncle is a god-fearing man with one of the strictest moral compasses I know, and in that way he has been a big role model for me as well.

My uncle is a very generous man to me as well. He always makes sure my sister and me have a good time and are on the right track in life. Whenever I need help with something, even when I have arguments with my parents or mess something up related to school or extracurricular activities, he is there to help. He genuinely cares about me and everyone in his family. We are very tight-knit and I can confirm he is a very loving person.

Examples of my uncle helping those around him are too numerous to fit in a book, let alone this missive, but they show the kind of person he is. When anyone we know, not just a family member or even friend, but even a distant acquaintance, has trouble or needs guidance, we do not hesitate to refer them to Paul because he has the wisdom,

patience, and kindness to help them in all circumstances. He is truly a man who embodies compassion, and many who know him have truthfully remarked that he possesses a heart of gold. He has helped people we know with marital and family issues, with career and financial problems, and some with substance abuse issues. Paul's empathy extends to animals as well, and he has supported charities dedicated to saving tigers and providing refuge to abused animals of many kinds. He is truly a gifted individual who has done a lot to help the world around him.

Paul is deeply involved in his community, and I can state unequivocally that he poses no flight risk to the court. He is well known in his town and has supported police and firefighters' causes around him, and he is well-liked by all in the area. I remember one particular instance years ago in which we were flying remote-controlled drones around his home in Colts Neck and a police officer, who had spotted them from elsewhere, came to make sure all was well. My uncle confirmed it was fine, and asked the officer if he'd like to try as well since he seemed interested. Subsequently, we flew drones again another day and he made sure to invite that Colts Neck officer to join us. He holds frequent gatherings, parties, and dinners in his home, meeting my family members and me at least once weekly, but also often inviting over many of his friends in the area as well.

Paul is politically active and contributes to politicians with whom he shares views frequently. He often invites politicians to his home as well to discourse and share his views on how to make our county, state, and country a better place. He has always shown a deep love and appreciation for this country, and the phrase "America is the best country on Earth" is frequently heard from his lips. He flies the flag high and proud in front of his home, and he is a loyal citizen. I know Paul very well and am happy to vouch for the fact that he would under no circumstances choose to go anywhere else for the duration of this legal process. I have every bit of faith in his innocence, but beyond that he is a man who respects the law and due process. Simply put, he is heavily invested here through his family, through his friends, and through the love he has for America.

Lastly, I would just like the court to understand who my uncle is as a person. He is an intellectual and philanthropist at heart. He has a love for science, technology, history, and philosophy. He loves nothing more than learning about the world and understanding everything he can. He is perhaps the most well-read and knowledgeable person I know, and his example is one of the reasons for my own academic success and the deep love of learning I have. My uncle constantly thinks about how he can use his intelligence, knowledge, and resources to make the world a better place. Most of my conversations with Paul have had to do with issues people face, how he feels bad about it because there is so much that can be done, and how he wants things to be better. I remember a conversation we had once about success, and my uncle said something that I remember verbatim to this day: "Success comes from being a good person. In the long-

term, good people will do well in this world because they create value and God rewards them."

There are people in this world whom we meet and whom we instantly understand are good people. Paul, for me and for all those who know him, is one of those genuinely good people. Considering my uncle's strong character, association with this country, and nonexistent flight risk, I vouch for him without hesitation with my good name, and I humbly request that you may grant him bail. Thank you.

Sincerely,

*Gaurav Sharma*

Gaurav Sharma

5 Muncee Court
Holmdel, NJ 07733

(732) 856-4647

Honorable Judge:

My name is Harmohan Parmar, and I am a Technology Architect working with Springer Nature in New York City as well as a part time student pursuing a Masters in Information Management Systems at Harvard Extension School. I am the younger brother of Parmjit (Paul) Parmar. I have known him throughout my life, and the privilege of knowing him has fostered in me a deep respect and love for him. He has helped me throughout my life, whether it was mentoring me with my studies or advice in many situations; whenever I need anything, I can count on him. I understand from news articles the recent trouble he is in and clearly, I have hard time imagining that he committed such crime.

Throughout my life, I have seen my brother excel at everything, be it sports or studies. He has always been a Grade A student and I have seen him change careers and be successful in whatever he set his mind to. I have seen him go out of his way and help people, one example being when his friend Lou Rathburn from TX was undergoing personal problems and he opened the doors of his home to her and gave her place to stay. When I moved from upstate NY to NJ with a job change, he let me stay at his home indefinitely until I was ready to find my own place. He is also a big animal lover, and in one instance one of his friends reached out to him because they had found a lost Siberian Husky in NY and Parmjit (Paul) immediately took the dog in his care and posted several ads on Craigslist to find the owner. The dog was with him for few days and there was a happy reunion with the owner, whom Parmjit (Paul) was able to find eventually. In another instance, my friend Joe Whitty from work needed help with personal problem he was having, and requested to talk to my brother and get advice. Again, my brother went out his way, to help him. He always makes an effort to help people around him and his family and friends will stand by him despite the charges.

Parmjit (Paul) Parmar is very thoughtful and kind person. I can assure you that Mr. Parmjit Parmar will comply with judicial process and appear for all the appearances as directed by the court. He is neither a flight risk and nor a danger to the community. I have known him to be a helpful, caring, and considerate individual and the charges against him are not a reflection of the person I have known my whole life. I would be happy to provide to any further additional details or even testify in person.

Sincerely,

Harmohan Parmar

05/18/2018

| | |
|---|---|
| Home Address | Work Address |
| 40 Broad St | 233 Spring St |
| Apt 20FG | New York, New York 10013 |
| New York, New York 10004 | Ph 6465916632 |
| Ph 7326878924 | |

DocuSign Envelope ID: B1C33F4C-8A3A-4ABR-AD57-EE15A99BC9B4

**To Whom It May Concern**

May 18, 2018

To Whom It May Concern,

     My name is Jenny Dcosta and I currently work in New 3B'S Furniture as sales manager. I have known Paul Parmar, his family and friends very well for the past 14 years. I can assure you that Paul's character is one of the most caring, reliable, generous and helpful people in this world.  He supports families and his friends so strongly. I would be happy to further provide you with any additional details regarding Paul.

Sincerely,

*J. Dcosta*
B62EBD10A75B47C...
5/18/2018

Jenny Dcosta
84-30 264 street
Floral Park
New York 11001
646-3594585

To whom it may concern

Dear Sir,

My name is  Nerupama Batra. I am a citizen of USA and have been in the USA since 1995.  My family and I live at 114 Manchester Drive, Barrington, IL, 60010.

My husband, Parmod Batra is Paul's friend since 1990. Through my husband, I have met  Paul's family (brother, sister, brother-in-law, dad and  late mother) a few times.

All of Paul's immediate family ( Father, sister and her family, brother and his family) lives in NJ area.  He has a strong bond with his family. His dad lives with him and he takes care of him.

I  request you to grant bail to Paul  and allow him to take part in legal proceedings.

Batra
May 20 , 2018

Nerupama Batra

DocuSign Envelope ID: 1D50B31E-EBEA-4C0A-902C-D6C7EE147BAC

**To whom so ever it may concern**

I am Joy Kumar. I live in 434 Indigo Ct Morganville. I am a Software Professional. I know Paul Parmar for the last 8 years. To my knowledge, he is a nice person and a great enterpreneur. He has his immediate family and close friends and property here. I sincerely feel that he should be granted bail and a fair chance for a trial.

If you have any questions, please feel free to reach out to me at the time of your choosing and convenience.

Thanks,

DocuSigned by:

239EDCDB0C734F4...

5/20/2018

Joy kumar

732-284-6594

434 Indigo Court

Morganville, NJ- 07751

Dear Judge,

I am Kiran sharma, Parmjit (Paul) Parmar's older sister. I am a citizen and have been in USA for about 22 years. I am Married with 2 kids. Our entire immediate family lives in USA. Which include my 2 brothers and our Father. My Mother passed away in 2005 in NJ itself. My Dad has been staying here with Paul since. Paul has been an ideal son and takes care of dad in every aspect of his life. Since we have no immediate family or support system in India, my dad has not even visited India in last 13 years.

My younger brother just got married last year and lives with his wife in New York. Paul has mentored, supported and helped my younger brother achieve a good life. Paul is very attached and deeply connected with his family. Paul always goes out of the way to help and support family, friends and people in need.

Over the last 26 years in USA, Paul has earned a very special position in our hearts and in society. He is well respected and honored member of many communities. He is so deep rooted and strongly bonded with people in the neighborhood that he is always considered part of almost every social event. His moral character is strong, and he upholds a sincere respect for the law. He has been a great example for everyone, and I am sure he would never jeopardize his family, friends and community in any way for his own benefit. In fact, he is always there for everyone.

Paul only visits India for occasional vacation and stays in Hotels. He has no property or vested interest there. He always mentions that we are so lucky to be living in greatest country on earth. He recognizes opportunities he got because of living in USA. He is a respected person, who deserve a chance to clear his name and participate in legal proceedings.

I sincerely request you to grant bail to Paul.

Kiran Sharma
5 Muncee Ct, Holmdel, NJ 07733

Dear Judge,

I have known Parmjit (Paul) Parmar for approximately 4 years now. I am a close personal friend of his sister and know his entire immediate family. Every interaction with Paul I have ever had has reaffirmed to me that he is a kind and considerate person. His entire family's way of life is based upon strong values and traditions. He values his loved ones above all else and would never do anything to hurt them intentionally. He is not a flight risk and will have his day in court to face whatever charges are brought against him.

I request the court to allow him to post bail, return to his family, and prepare for his official court date. I am ready to testify to these facts if necessary in a court of law.

Thank you,

DocuSigned by:

604B9472484E4BC...

5/21/2018

Mamta Bansal Gupta, MD

# To Whom It May Concern

Dear Sir,

I Mehboob Haider residing at 336 Cayuga Avenue East Meadow New York 11554. And am a lawful abiding US citizen have known the Parmar family since 7 years. Please do take into consideration that Mr. Parmar is a family man and is well known in the Asian community. I hereby stand guarantee for Mr. Paul Parmar.

Thanking you

Yours sincerely

DocuSigned by:

4854CD8E9D534EF...

5/18/2018

Mehboob Haider

5164688536

**To Whom It May Concern**

My name is Namrata Kumar and I work at NYC DOHMH. I have known Paul Parmar for last 8 to 10 years. As far as I have known Paul, he is a person of great strength of character and compassion for others. I have seen him as a person who would go out of his way to help anyone in need. He is a great entrepreneur and visionary and I respect him for that.

Paul has all his family and friends in US and he owns property in US. For this reason, I strongly believe he is heavily invested in this place. I sincerely believe that he should be granted bail and a fair chance for trial.

If you have any questions, please feel free to reach out to me.

Sincerely,

DocuSigned by:

*Namrata Kumar*

251D08EC9EC34AC...
5/20/2018

Namrata Kumar,
732-788-9941
434 Indigo Court,
Morganville, NJ 07751

DocuSign Envelope ID: 8E075628-870D-448B-AC08-AB9452F63AAD

Honorable Judge
United States District Judge


RE: Parmjit Paul Parmar



My name is Neelu Parmar, D.D.S., a practicing dentist with offices in NewJersey. I live in Holmdel, New Jersey with my three daughters, husband and my father in law.    I am writing on behalf of Paul Parmar.  I have known Paul for the last 8 years. His sister and I are very close friends. Our families are close also.  As far as I am concerned, Paul is a kind, reliable and sensible person.  He goes out of his way to help people and he is very well known in the Colts neck and Holmdel communities.  He is a genuine person and man of his word.

Judge I urge you to please reduce or eliminate his bail.  All his family and friends are located in this area, therefore I know he is not a flight risk.  Also, I know this man does not run away from problems will want to clear his name.

Respectfully Yours

DocuSigned by:

*Neela Par*

195587FB5085478...
5/21/2018

Neelu Parmar DDS

# To Whom It May Concern

My name is Piyush Bhatnagar and I am the founder and Chief Visionary Officer of Authmate Inc., a small technology startup.

I have known Paul Parmar for just over seven years. We met through common friends and I found him a man of few words. Over the years I have come to know him as a humble and caring person. He is always there for his friends and goes out of the way to lend a helping hand to anyone, whenever needed.

His extended family, (sister and family, brother and family, and his father) all live in USA. Ever since I have known him, I have seen him take good care of the extended family. The way he takes care of his old father is exemplary and I have immense respect for him just for that.

Having seen how he treats his extended family as well as his friends, I firmly believe Paul is a caring and dedicated man with good morals and ethics and will always do the right thing.

I sincerely believe Paul can be trusted to meet any conditions put forth for his bail and thus I request you that he be granted a bail and a fair chance for trial.
If you have any questions, please feel free to reach out to me.

Sincerely,

DocuSigned by:

*Piyush Bhatnagar*

715D347E7E334FB...

5/21/2018

Piyush Bhatnagar
732-763-6690
61 Brown Road
Morganville, NJ 07751

**To Whom It May Concern**


Dear Sir,


I Priya Rehan residing at 44 33 65 street Woodside queens New York 11377. And am a lawful abiding US citizen have known the Parmar family since 10 years. Please do take into consideration that Mr. Parmar is a family man and has to take care of his aging dad. I hereby stand guarantee for Mr. Paul Parmar.


Thanking you,


Yours sincerely


DocuSigned by:

0AE6B900ACFC402...

5/18/2018

Priya rehan

5163036597

DocuSign Envelope ID: 8891638E-7686-45EF-9A5E-3B7D54880FCB

**To whomsoever it may concern**

This is to verify that I have known Paul Parmar at a social capacity and as the younger brother of my friend Mrs. Kiran Sharma. He seems to be a very social person and is a family oriented individual. Over the past few years I have seen him at family events and my interaction with him was very pleasant.

I am employed at Amboy Bank as personal Banker and I reside at the above-mentioned address. Paul is very well vested in US with his family & friends here. I feel he should be granted a bail and a fair chance.

Regards

5/20/2018

Purvi Mehta

73 Gate Lane

Old Bridge, NJ 08857

Dear Judge,

I am Salil sharma, Parmjit (Paul) Parmar's Brother-in-law. I am a citizen and have been in USA for about 24 years. I am Married with 2 kids. I run a NJ based software consulting firm Sage Group Consulting, Inc. Our office is located at 3400 Highway 35, Suite 9, Hazlet, NJ 07730.

I have known Paul for last 28 Years from my college days. He is a very trusted friend for life. He became my brother in law 21 years ago. I have known him as a very bright, knowledgeable, loving, caring, family-oriented person. We meet every week and spend time together as a family for over 20 years. I have seen him always putting the friends and family interest first. For past 26 years he has been working in USA and living in NJ. All his immediate family is in NJ and most of maternal relatives are in USA. He has built strong relationships with friends, families and community in USA. He is well known and respected in USA Indian community. He travels for business reason to overseas.

Over the last 26 years in USA, Paul has earned a very special position in our hearts and in society. He is well respected and honored member of many communities. He is so deep rooted and strongly bonded with people in the neighborhood that he is always considered part of almost every social event. His moral character is strong, and he upholds a sincere respect for the law. He has been a great example for everyone, and I am sure he would never jeopardize his family, friends and community in any way for his own benefit. In fact, he is always there for everyone.

Paul is not a flight risk as he is totally vested in USA. He feels proud to be living in greatest country on earth. He recognizes opportunities he got because of living in USA. He is a respected person, who deserve a chance to clear his name and participate in legal proceedings.

Paul has a strong sense of his responsibilities. His dad (a retired Indian Navy officer) lives with him and he takes care of dad in all aspects. I have witnesses hundreds of incidents where Paul has sacrificed personally to support friends and families. He is the person who has always stood with people in need of support. I have known Paul to be a very responsible and sincere person who never shies away from his duties.  I sincerely request you to grant bail to Paul.

Salil Sharma
5 Muncee Ct, Holmdel, NJ 07733
732-491-7315

DocuSign Envelope ID: 6B6ADB07-6259-4857-AB1A-E2B9909D9D52

# To Whom It May Concern

Sarah Reinsch

26 Grand St Apt 12

New York, NY 10013


May 18, 2018


To Whom It May Concern,


My name is Sarah Reinsch and I currently work in product development Freelance for Solomon Page. I am writing on behalf of Paul Parmjit Parmar today, I have known Paul Parmjit Parmar, his family and friends very well for the past 8 years. I can assure you that Paul's character is one of the most caring, reliable, generous and helpful people in this world.  He supports families and his friends so strongly, I have multiple examples of witnessing him immediately helping others when they reached out constantly.  He brings families together and promotes the well being of others. Paul is extremely influential to others in positively helping the well being of his community, family and friends. Paul immediately and constantly supported, cared and has really been influential in helping families through difficult situations. He is one of the best men I have ever known, I would be happy to further provide you with any additional documentation or details regarding you may need to I hold Paul Parmjit in the highest regard and urge you to reduce or eliminate his bail.


Sincerely,

DocuSigned by:

*Sarah Reinsch*

896415C5213C4BD

Sarah Reinsch

DocuSign Envelope ID: 6B6ADB07-6259-4877-AB1A-E2B0900D9D52

Dear Sir

I Abdul Saeed Sabooni residing at 9 Cedar Lane North Glen Head NY 11545 and I am a lawful abiding US citizen have known Mr. Paul Parmar for last 12 years as a family man and is well known in the Asian community. He is always being kind and very helpful to people around him.

I hereby stand guarantee for Mr. Paul Parmar.

Thanking you

Yours Sincerely

Abdul Saeed Sabooni

917-662-14102

## To Whom It May Concern

My name is Simi Kapoor and am self-employed and President of Knoxx Hardware. Knoxx Hardware sells door and cabinet hardware through e-commerce websites. I have known Paul Parmar for about seven years. He is a good friend, cordial and a good person who is always there for his friends and family and goes out of his way to help his friends and family in need.

In my opinion, Paul Parmar is not a flight risk since he is totally vested in U.S. He has his loving sister and family, brother and family, and father here in U.S.A. He truly values his extended family and friends and would never risk going out of U.S, unless permitted.

I truly believe that Paul Parmar should be granted a bail and given a chance for a fair trial.

Please feel to contact me If you have any questions regarding this.

Yours Sincerely,

DocuSigned by:

*[signature]*

B03AACD1393E472...

5/21/2018

Simi Kapoor

732-763-6689

61 Brown Road

Morganville, NJ 07751

**To Whom It May Concern**

My name is Suchitra Kurria and I have known Paul Parmar since my College years in 1991 and have stayed in touch since then. We studied in the same college and I can attest to his strength of character and compassion for others. He is a great friend and even better person who would go out of his way to help anyone in need.

I also had the pleasure of working in his company from 2003-2009. He is a great entrepreneur and visionary and I respect him for that. Having worked with him, I can vouch for his work ethics, dedication and trustworthiness.

If you have any questions, please feel free to reach out to me.

Sincerely,

DocuSigned by:

*Suchitra Kurria*

BAA3577F933F447...

5/17/2018

Suchitra Kurria

732-429-3192

1 Appaloosa Drive

Manalapan, NJ 07726

May 17, 2018

Honorable Judge,

My name is Sumit Manhas and I live at 384 Walnut Tree Hill Road, CT.  This letter is on behalf of Paul Parmar. He is my cousin and I have known him for more than 30 years throughout my entire life so far. He has always treated me with love and cared about me like his real sister.

I have known him as a kind-hearted person who has always helped anyone in need. These values have earned his tremendous respect and regard within the community.

Paul is an outstanding person and loves all his family members and friends. He is most happy to be around his loved ones and never misses a chance to be close to his family here in US.

Paul has a large group of family, friends and well-wishers here, looking forward for his well-being and wishing him the best.

Please do not hesitate to contact me if you need more information.


Thanks


Sumeet Manhas

Sumit Manhas
Cell: 419 283 3317

Honorable Judge:

   I am writing for Mr. Paul Parmar who is currently in custody. I have known Paul from 2016 and I got married to his brother Harmohan Parmar last year. I am law school graduate, currently working as chief paralegal at a lawfirm and preparing for the New York State Bar exam. Paul has been most comforting and welcoming person to me during my courtship period with my husband and after the wedding. I found him to be extremely supportive of my husband, caring to his niece and nephew, he takes care off his father, and is always there when his family and friends need him.

   I find him to be an educated matured person who understands the nature of his actions and consequences.  It is hard for me to even imagine some of his conduct that is mentioned in articles. I stand by him despite the charges and would like this court to consider the collateral I am putting down towards his bail and my assurance that he is not a flight risk and danger to the community. In my last few years of interactions and meetings with him I have always looked up to him. As I mentioned earlier, once he is released he will not be a danger or threat to community and is not a flight risk.

   I sincerely request you to accept my letter and release him on bail.

Thank You,

Supreet Parmar


Home Address:
40 Broad Street
Apt 20FG
New York, New York 10004
Tel: 347-435-8217


Work Address:
Law Offices of Gus Michael Farinella, PC
130 West 15th Street
Suite 07M
New York, New York 10011
Tel: 212-675-6161

May 17, 2018

Dear Judge,

I, the undersigned am writing this to letter to state that I have known Parmjit (Paul) Parmar for more than 13 years now. He is a person of good character with deep rooted family values. He has a wide circle of friends and family and is highly respected and loved by all. He is well known for his involvement within his community and has always exhibited extensive ties and attachment with people around him.

As a part of Paul's family, I have always witnessed him supporting and volunteering help for anyone in need. He has built enormous goodwill amongst the people he is in contact with in everyday life.

I have complete confidence in stating that Paul places a very high value in his relationships with his loved ones including family and friends. He is a compassionate son, brother and above all a cherished friend to all. His dedication as a family man and strong sense of community would show that he is not a flight risk. I can assure you that he would work diligently to exonerate himself and clear his good name.

I hold Paul in the highest regard and urge you to reduce or even eliminate his bail. I would be happy to provide additional information and even testify in person if needed.


Sincerely.

**Surjeet Singh Manhas**

<u>Contact Details</u>.

Home:
384 Walnut Tree Hill Road,
Shelton CT
203 7127676

Work:
Senior Software Engineer
50 Danbury Road, Wilton CT
203 2783123

Varinder Singh
11 Embry Farm Road
Marlboro NJ 07746

Honorable judge

I am writing this letter in support of Paul Paramjit Parmar.I have known
Paul for last two years.   My name is Varinder Singh, I am a practicing
physician in state of New Jersey.  My daughter and Paul's niece have
been good friends for the last 3 years.
Paul is a respected member of community in Monmouth County and is
honest hard working man. He has close ties with family. I urge you to
please consider reducing his bail


Sincerely

DocuSigned by:

7699B6697F84406...
5/21/2018
Varinder M Singh

DocuSign Envelope ID: 0910227B-9B2B-471C-B7F0-D94B05B9A206

**To whom it may concern**


I work at Arch Insurance as a Sr. Database Analyst and I have a general acquaintance of Mr. Paul Parmar. My overall impression of him is that he is a very friendly and caring individual, who is willing to help and support people to best of his abilities. I have seen him at few gatherings and events where I was able to exchange pleasantries with him and at that I found him to be a personable individual.

Paul has many relatives and family members here is US and he is deeply invested in this place, hence I feel that he should be granted bail and fair chance for a trial.




Regards

5/20/2018

Vishal Mehta
73 Gate Lane
Old Bridge, NJ

May 20, 2018

Dear Honorable Members of the Court,

I, Vishal Gupta, would like to attest and affirm that I have known Parmjit (Paul) Parmar for more than 4 years now as a friend and have known his sister and brother-in-law for slightly longer. The family is deeply rooted in New Jersey with Mr. Parmar's father, sister, brother-in-law, younger brother and sister-in-law, and niece and nephew all residing in New Jersey for multiple years.

Mr. Paul Parmar is a stable person who cares deeply for his family, employees, associates, and friends. He is well known in the central New Jersey community for his generosity and philanthropy. Above all, Paul Parmar stands behind his actions and decisions. He is a man of courage and personal integrity. He will face any challenges and honor his responsibilities without any thought of denying the facts.

Finally, Paul is a very religious person and a firm believer in God and doing the right things in life. I whole-heartedly would vouch for Paul Parmar and give you my word that he will face the court and accept your ultimate decisions. I would gladly testify to his character and personal accountability.

Like Paul Parmar, I have a family who cares for me and a career that I am proud of. Difficulties and mistakes are a part of life, but people with integrity and character always face those realities head on. Please allow him to return home and prepare the best defense that he can. I am confident that justice will ultimately prevail for all parties involved.

Sincerely and Best Regards,

Vishal Gupta

54 Harbor Road

Morganville, NJ 07751

(732) 430-9631

DocuSign Envelope ID: DCF9CDD9-0558-4456-A101-EF74F386B9EA

To Whom It May Concern

My name is Vivek Jain  and I work at Guardian Life insurance Company of America . I have known Paul Parmar for many years. We studied in the same college and I can attest to his strength of character and compassion for others. He is a great friend and even better person who would go out of his way to help anyone in need.

Paul has all his family and friends in US and he owns properties in US. For this reason, I  believe that he is deeply invested in this place. I sincerely believe that he should be granted  bail and a fair chance for trial.
If you have any questions, please feel free to reach out to me.

Sincerely,

Vivek Jain

848-391-8088

56 Pin Oak Dr

North Brunswick – NJ - 08902

Your Honor,

My name is Gaurav Sharma, and I am Paul Parmar's nephew (sister's son) as well as a rising sophomore at Duke University. I humbly request that you read the letter I penned to the magistrate in charge of the previous bail hearing.  I believe it contains my truest sentiments with respect to Paul, and why I think he is a man of strong character as well as a nonexistent flight risk.

Ultimately, I have not gone more than 2 weeks since the day I was born without seeing Paul. He's been so many different things to me over the years: a father figure, a role model, an educator, and a friend with whom I have shared some of my most enjoyable times and in whom I can confide anything. He's someone who is always looking out for the well-being of me, my sister, and our whole family. Paul has been a coach to me in so many ways, a nutritionist who keeps us all healthy, and a motivator, always pushing my sister and me to be the best we can. More than anything, Paul is someone we can always count on for help and advice in any way, shape or form.

From my many experiences with Paul, I can tell you two things about him. The first is that he is a man who believes strongly in doing right by people and society, a man of the highest moral fiber. The second is that his family ties here in New Jersey are deep and strong. He is firmly rooted here, and I can state unequivocally that he would never under any circumstances throw that away. We are everything to him, and he is everything to us. Paul has no significant ties or interests elsewhere, and if I were a betting man, I would not hesitate to stake everything on the fact that Paul will remain here for the duration of this legal process in full accordance with the terms of the law.

In conclusion, I implore you to read the letter I had previously written, in which I explain in detail why Paul deserves to be given pre-trial release. I sincerely request, in light of this, that you grant him release. Thank you for your time and consideration.

Sincerely,
Gaurav Sharma

Dear Judge,

My name is Simran Sharma, an 8th grade student and Paul's niece.

I wanted to tell you that Uncle Paul is a good person and deserves to get bail. He has always been kind and generous to me and my brother, and really our whole family. He's always been there to help and guide me through school and make sure that I excel academically. He always wants me to make sure that I am doing well and having fun. He is like another father figure to me and my brother and he thinks of us like we are his own kids.

We meet Uncle Paul pretty much every week and our family is very close. We play board games together, watch movies, have dinners, and in general spend really fun days of activities with him, especially me and my brother. He loves us a lot and there's no way he would ever run away from his family. Because of this, I really hope you give Uncle Paul bail!

Thanks,
Simran Sharma