# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Parmjit Parmar<br><br>            Defendant. | Magistrate No. 18mj8040<br><br><br><br><br><u>**ORDER OF RELEASE**</u> |

**John Michael Vazquez, U.S.D.J.**

This Court having entered an Amended Order of Release on July 13, 2018, which instructed the United States Marshals Service to keep the Defendant Parmjit Parmar in custody until notified by the Court that all conditions of release had been met. Defendant, having now satisfied the conditions as set forth in the Order of Release; and good cause having been shown,

It is on this 26th day of July, 2018

**ORDERED** that United States Marshals Service is directed to release Defendant from Federal custody; and it is further,

**ORDERED** that the Defendant shall abide by all the terms and conditions of this Court's Order of Release entered at D.E.24, and the fully executed copy refiled at D.E.26.[1]

*[signature]*
John Michael Vazquez, U.S.D.J.

---

[1] The Court's Order of Release filed at D.E.24, was re-entered on July 26, 2018 at D.E.26. The July 26 order is fully executed to reflect the third-party custodian and Defendant Parmar's signatures.