IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Hon. Madeline Cox Arleo |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 18-735 |
| PARMJIT PARMAR, | ) | |
|   a/k/a "Paul Parmar," | ) | |
| SOTIRIOS ZAHARIS, | ) | NOTICE OF APPEARANCE |
|   a/k/a "Sam Zaharis," | ) | |
| RAVI CHIVUKULA, and | ) | |
| PAVANDEEP BAKHSHI | ) | |
|         Defendants. | ) | |
| _____ | ) | |

NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Leslie E. Lehnert, hereby enters her appearance as co-counsel for the United States of America in the above-captioned action.

Respectfully submitted,

For the United States

Brian A. Benczkowski
Assistant Attorney General
Criminal Division

  s/ Leslie E. Lehnert
Leslie E. Lehnert
Trial Attorney
D.C. Bar No. 416498
Money Laundering & Asset Recovery Section
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20005
202/ 514-1761
leslie.lehnert@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on December 19, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the District of New Jersey using the CM/ECF system, which will send notification of such filing to counsel of record for all Defendants in this matter.

    s/ Leslie E. Lehnert
Leslie E. Lehnert
Trial Attorney
D.C. Bar No. 416498
Money Laundering & Asset Recovery Section
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20005
202/ 514-1761
leslie.lehnert@usdoj.gov