IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Hon. Madeline Cox Arleo |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 18-735 |
| PARMJIT PARMAR, | ) | |
|   a/k/a "Paul Parmar," | ) | |
| SOTIRIOS ZAHARIS, | ) | |
|   a/k/a "Sam Zaharis," | ) | |
| RAVI CHIVUKULA, and | ) | |
| PAVANDEEP BAKHSHI | ) | |
|                 Defendants. | ) | |
| _____ | ) | |

**UNITED STATES' DISCLOSURE STATEMENT
IDENTIFYING ORGANIZATIONAL VICTIMS**

Pursuant to Fed. R. Crim. P. 12.4(a)(2), the United States submits the following statement identifying organizations that may have been victims of the criminal activity alleged in this matter.

Based on available information, the following organizations may have been victims of the criminal activity alleged in this matter. Where applicable, parent corporations have been identified; except as noted below for wholly-owned subsidiaries, no parent or publicly held corporations owning 10% or more of any victim's stock have been identified. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Organizational Victims

1. CHT Holdco, LLC

2. CC Capital CHT Holdco LLC

1

3. Bank of America, N.A., which is a wholly-owned, indirect subsidiary of Bank of America Corporation, a publicly traded company.

4. BMO Harris Bank N.A., which is a wholly-owned, indirect subsidiary of the Bank of Montreal, a publicly traded company.

5. KeyBank National Association, which is a wholly-owned subsidiary of KeyCorp., a publicly traded company.

6. Woodforest National Bank, which is a subsidiary of Woodforest Financial Group, Inc.

7. Stifel Bank & Trust, which is a wholly-owned subsidiary of Stifel Financial Corp., a publicly traded company.

        Respectfully submitted,

        For the United States

        CRAIG CARPENITO
        United States Attorney

By:   Nicholas P. Grippo
       Assistant United States Attorney

       _s/ Leslie E. Lehnert_____
       Leslie E. Lehnert
       Trial Attorney
       D.C. Bar No. 416498
       Money Laundering & Asset Recovery Section
       U.S. Department of Justice
       1400 New York Ave., N.W.
       Washington, D.C.  20005
       202/ 514-1761
       leslie.lehnert@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2019, I electronically filed the foregoing United States' Disclosure Statement Identifying Organizational Victims with the Clerk of the Court for the District of New Jersey using the CM/ECF system, which will send notification of such filing to counsel of record for all Defendants in this matter.

                                    s/ Leslie E. Lehnert
                                    Leslie E. Lehnert
                                    Trial Attorney
                                    D.C. Bar No. 416498
                                    Money Laundering & Asset Recovery Section
                                    U.S. Department of Justice
                                    1400 New York Ave., N.W.
                                    Washington, D.C.  20005
                                    202/ 514-1761
                                    leslie.lehnert@usdoj.gov