# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-----------------------------------------------x

UNITED STATES OF AMERICA,

               **ORDER TO SHOW CAUSE**

v.

               Case No.: 18-cr-00735-MCA

PAUL PARMAR,
              Defendant.

-----------------------------------------------x

Upon the Memorandum of Law of Defendant Paul Parmar, dated November 14, 2019, and attached hereto it is ORDERED, that the parties appear before this Court, at Room MLK 4A, United States Courthouse, 50 Walnut Street, Newark, New Jersey, on November ___, 2019, at 10:00 o'clock in the forenoon, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 62(g)(2) of the Federal Rules of Civil Procedure and Rule 8007 of the Federal Rules of Bankruptcy Procedure staying implementation of the Bankruptcy Court Orders and Settlements distributions, insofar as distribution affects any assets within the jurisdiction of this Court and particularly the frozen funds seized from various bank accounts belonging to Parmar entities and the real properties under this Court's jurisdiction, until the final determination by this Court of each of the related matters pending before this Court;

And it is further ORDERED that a copy of this Order, together with the papers upon which it is granted, be served electronically upon the attorney(s) for the United States Government on or before November ___, 2019, and that

such service be deemed good and sufficient.

Dated:      November ___, 2019
            Newark, New Jersey


_____
            Madeline Cox Arleo
            United States District Judge