# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,  Case No.: 18-cr-00735-MCA

v.

**ORDER**

PAUL PARMAR,
        Defendant.

---

THIS MATTER comes before the Court on the motion of Defendant Paul Parmar (the Movant) (ECF No. 97) for issuance of a series of Rule 17(c) subpoenas duces tecum (the subpoenas), proposed copies of which are attached hereto. The Government takes no position on the Movant's motion.

The Court having considered the filings of Movant herein in support of the Motion, and finding good cause being shown, it is

On this 20th day of January, 2021, ORDERED that:

1. The Clerk of the Court shall issue the subpoenas submitted by the Movant and;
2. That the Movant shall cause the issued subpoenas to be served pursuant to Rule 17(d) with all deliberate speed.

_____
Honorable Madeline Cox Arleo
United States District Judge