UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Madeline Cox Arleo |
| v. | AMENDED SCHEDULING ORDER |
| | Criminal No. 18-735 |
| PARMJIT PARMAR, | |
| a/k/a "Paul Parmar," | |
| SOTIRIOS ZAHARIS, | |
| a/k/a "Sam Zaharis," | |
| RAVI CHIVUKULA, and | |
| PAVANDEEP BAKHSHI | |

This matter having come before the Court on an application by Defendant Parmjit Parmar a/k/a Paul Parmar; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Nicholas Grippo, Catherine R. Murphy and Heather K. Suchorsky, Assistant U.S. Attorneys, and Leslie E. Lehnert, Trial Attorney, Money Laundering and Asset Recovery Section, appearing); and defendant Parmjit Parmar, a/k/a "Paul Parmar" being represented by Jeffrey C. Hoffman, Esq., and defendant Pavandeep Bakhshi being represented by Franklin Monsour, Jr., Esq.; and the Court having previously determined that this matter is a complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii) (ECF 39, ¶ 1); and this Court having previously entered schedules for the exchange of discovery and filing of pre-trial motions (ECF 57, 79); and the Government having completed its production of discovery thereunder; and the parties having agreed that the prior schedule for the filing

of pretrial motions should be amended; and the Court having accepted such

amended schedule, and for good cause shown,

It is on this 29th day of January, 2021, ORDERED that:

1.     The following shall be the schedule for pretrial motions in this

matter:

a.     The Defendants shall file any and all pretrial motions,

pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the

manner set forth in L. Civ. R. 7.1, on or before March 4, 2021;

b.     The Government shall file any response to the Defendants'

pretrial motions on or before April 5, 2021;

c.     The Defendants shall file any reply on or before April 19,

2021;

d.     Oral argument on pretrial motions shall be held on a date to

be set by the Court.

_____
Honorable Madeline Cox Arleo
United States District Judge