# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

-----------------------------------------------X

UNITED STATES OF AMERICA,        Case No.: 18-cr-00735-MCA

       v.

                             **NOTICE OF MOTION**

PAUL PARMAR,
         Defendant.

-----------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned attorneys for defendant Paul Parmar will move before the Hon. Madeline Cox Arleo, U.S. District Judge, Martin Luther King Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order dismissing the Indictment, or in the alternative for an Order disqualifying the current prosecution team and suppressing evidence or setting a date for hearing upon the Motion to Disqualify and Suppress for the reasons set forth in the accompanying Memorandum of Law, together with such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motions the Defendant will rely on the brief submitted herewith.

DATED: April 15, 2021

                           Respectfully submitted,

                           /s/ Jeffrey Hoffman

                           Jeffrey C. Hoffman
                           Windels Marx Lane & Mittendorf LLP

*Attorneys for Defendant Paul Parmar*
156 West 56th Street
New York, NY  10019
T. 212.237.1000
jhoffman@windelsmarx.com

Timothy Parlatore and Maryam Hadden
Parlatore Law Group LLP
*Attorneys for Defendant Paul Parmar*
One World Trade Center, Suite 8500
New York, NY  10007
T: 212.603.9918
Timothy.parlatore@parlatorelawgroup.com
Maryam.hadden@parlatorelawgroup.com