

Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, New York  10036

O  +1 212 872 9800
F  +1 212 872 9815
squirepattonboggs.com

Franklin G. Monsour, Jr.
T  +1 212 872 9825
franklin.monsour@squirepb.com

May 26, 2021

**BY ECF**

Honorable Madeline Cox Arleo, *U.S.D.J.*
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
Newark, N.J. 07101

**United States of America v. Bakhshi, 2:18-cr-000735-MCA-4**
**Request to Amend Motion Schedule**

Hon. Madeline Cox Arleo:

    This law firm represents defendant Pavandeep Bakhshi in the above-referenced criminal action. We write in response to the letter filed today by defendant Paul Parmar requesting with the Government's consent an extension of time to file his reply on pre-trial motions from May 27, 2021 to June 10, 2021 [Dkt. 111].

    If the Court is inclined to grant the extension (on which Mr. Bakhshi takes no position), we write to respectfully request that the same deadline be applied to Mr. Bakhshi to keep the defendants' replies on their pre-trial motions on the same schedule. The Government consents to Mr. Bakhshi's request herein.

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Franklin G. Monsour, Jr.*

Franklin G. Monsour, Jr.

cc:    counsel of record (via ECF)

44 Offices in 21 Countries
Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.
Please visit squirepattonboggs.com for more information.