

Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, New York  10036

O  +1 212 872 9800
F  +1 212 872 9815
squirepattonboggs.com

Franklin G. Monsour, Jr.
T  +1 212 872 9825
franklin.monsour@squirepb.com

June 10, 2021

**BY ECF**

Honorable Madeline Cox Arleo, *U.S.D.J.*
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
Newark, N.J. 07101

**United States of America v. Bakhshi, 2:18-cr-000735-MCA-4
Request to Amend Motion Schedule**

Hon. Madeline Cox Arleo:

    This law firm represents defendant Pavandeep Bakhshi in the above-referenced criminal action.  We write in response to the letter filed by defendant Paul Parmar requesting with the Government's consent an extension of time to file his reply on pre-trial motions from June 10, 2021 to June 17, 2021 [Dkt. 113].

    If the Court is inclined to grant the extension, we write to respectfully request that the same deadline be applied to Mr. Bakhshi to keep the defendants' replies on their pre-trial motions on the same schedule.  The Government consents to Mr. Bakhshi's request herein.

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Franklin G. Monsour, Jr.*

Franklin G. Monsour, Jr.

cc:    counsel of record (via ECF)

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.