| | |
|---|---|
| From: | Doug Newton [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB427DFE208F47BFB2DA78C54024497C-NEWTON] |
| Sent: | 7/29/2016 1:47:45 PM |
| To: | Paul Parmar [Paul@ConstellationHealthGroup.com] |
| Subject: | Re: Are you free to chat? |

Thanks very much Paul

Sent from my iPhone

On Jul 29, 2016, at 12:54 PM, Paul Parmar <Paul@ConstellationHealthGroup.com> wrote:

> Yes I will be there
>
>
>
> Sent from my T-Mobile 4G LTE Device
>
>
> -------- Original message --------
> From: Doug Newton <newton@cc.capital>
> Date: 7/29/16 12:45 (GMT-05:00)
> To: Paul Parmar <paul@constellationhealthgroup.com>
> Subject: Re: Are you free to chat?
>
> Does 4pm at our office work?
>
> Sent from my iPhone
>
>> On Jul 29, 2016, at 11:58 AM, Paul Parmar <paul@constellationhealthgroup.com> wrote:
>>
>> Yes call me
>>
>> -----Original Message-----
>> From: Doug Newton [mailto:newton@cc.capital]
>> Sent: Friday, July 29, 2016 11:57 AM
>> To: Paul Parmar <paul@constellationhealthgroup.com>
>> Subject: Are you free to chat?
>>
>>
>>
>> Sent from my iPhone
>>

CONFIDENTIAL                                                                                                                                           CCC00011167

| | |
|---|---|
| **From**: | Paul Parmar [paul@constellationhealthgroup.com] |
| **Sent**: | 7/29/2016 2:28:17 PM |
| **To**: | Doug Newton [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb427dfe208f47bfb2da78c54024497c-newton] |
| **Subject**: | RE: Are you free to chat? |

Doug I just spoke to my two meetings that are from 4pm to 6pm , the CEO of this big Radiology practice is going on vacation and I will be looking at 6 weeks to be back on his calendar, Can we do our meeting tomorrow early morning or any time upto 2pm ?

Or Sunday as well anytime ?

---

**From:** Doug Newton [mailto:newton@cc.capital]
**Sent:** Friday, July 29, 2016 1:48 PM
**To:** Paul Parmar <paul@constellationhealthgroup.com>
**Subject:** Re: Are you free to chat?

Thanks very much Paul

Sent from my iPhone

On Jul 29, 2016, at 12:54 PM, Paul Parmar <Paul@ConstellationHealthGroup.com> wrote:

> Yes I will be there
>
>
> Sent from my T-Mobile 4G LTE Device
>
> -------- Original message --------
> From: Doug Newton <newton@cc.capital>
> Date: 7/29/16 12:45 (GMT-05:00)
> To: Paul Parmar <paul@constellationhealthgroup.com>
> Subject: Re: Are you free to chat?
>
> Does 4pm at our office work?
>
> Sent from my iPhone
>
> > On Jul 29, 2016, at 11:58 AM, Paul Parmar <paul@constellationhealthgroup.com> wrote:
> >
> > Yes call me
> >
> > -----Original Message-----
> > From: Doug Newton [mailto:newton@cc.capital]
> > Sent: Friday, July 29, 2016 11:57 AM
> > To: Paul Parmar <paul@constellationhealthgroup.com>
> > Subject: Are you free to chat?
> >
> >

>
> Sent from my iPhone
>

CONFIDENTIAL

CCC00007630

**From**: Paul Parmar [paul@constellationhealthgroup.com]
**Sent**: 7/29/2016 2:38:45 PM
**To**: Doug Newton [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb427dfe208f47bfb2da78c54024497c-newton]

I will be at your office as soon as I can finish and get there but definitely by 6.30 or before, thank you for accommodating this.

CONFIDENTIAL                                                                                                                                                    CCC00007628

| | |
|---|---|
| From: | Doug Newton [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB427DFE208F47BFB2DA78C54024497C-NEWTON] |
| Sent: | 7/29/2016 2:46:02 PM |
| To: | Paul Parmar [paul@constellationhealthgroup.com] |
| Subject: | Re: |

No problem
Please let me know when you are finished with meeting as I am running around today too
Please no need at all to rush meeting

Sent from my iPhone

On Jul 29, 2016, at 2:39 PM, Paul Parmar <paul@constellationhealthgroup.com> wrote:

> I will be at your office as soon as I can finish and get there but definitely by 6.30 or before, thank you for accommodating this.

CONFIDENTIAL

CCC00011166

| | |
|---|---|
| **From**: | Paul Parmar [paul@constellationhealthgroup.com] |
| **Sent**: | 7/29/2016 2:48:11 PM |
| **To**: | Doug Newton [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cb427dfe208f47bfb2da78c54024497c-newton] |
| **Subject**: | RE: |

I have a hot date tonight, don't want to piss her off, so I need to be out of there as quickly as I can as well.
She is a Hot Chanel Model.

**From:** Doug Newton [mailto:newton@cc.capital]
**Sent:** Friday, July 29, 2016 2:46 PM
**To:** Paul Parmar <paul@constellationhealthgroup.com>
**Subject:** Re:

No problem
Please let me know when you are finished with meeting as I am running around today too
Please no need at all to rush meeting

Sent from my iPhone

On Jul 29, 2016, at 2:39 PM, Paul Parmar <paul@constellationhealthgroup.com> wrote:

> I will be at your office as soon as I can finish and get there but definitely by 6.30 or before, thank you for accommodating this.

| | |
|---|---|
| From: | Doug Newton [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB427DFE208F47BFB2DA78C54024497C-NEWTON] |
| Sent: | 7/29/2016 5:11:44 PM |
| To: | Paul Parmar [Paul@ConstellationHealthGroup.com] |
| Subject: | RE: |

Gotcha – see you then

**From:** Paul Parmar [mailto:Paul@ConstellationHealthGroup.com]
**Sent:** Friday, July 29, 2016 5:02 PM
**To:** Doug Newton <newton@cc.capital>
**Subject:**

Doug,

My place is 2 River Terrace, battery park,
It is the building right in front of Conrad Hotel entrance

I will be there at 6.15pm any time from there.

Paul.


Sent from my T-Mobile 4G LTE Device

CONFIDENTIAL                                                                                                                              CCC00011165