UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------- X

UNITED STATES OF AMERICA.

V.                                        2: 18-cr-00735-MCA

PAUL PARMAR,

                  Defendant.

----------------------------------------------------- X

### AMENDED STIPULATION AND (PROPOSED} CONSENT ORDER MODIFYING CONDITIONS OF RELEASE FOR PAUL PARMAR

This matter having come before the Court on the application of Defendant Paul Parmar, through undersigned counsel, for a modification of the Order Setting Conditions of Release, dated July 13, 2018, secured by a Property Bond entered into on July 26, 2018 [Dkt. No. 27] and as amended by a December 16, 2019, Orderin the above-captioned matter ("Conditions of Release") [Dkt No. 72], and the United States and Pre-Trial Services having consented;

WHEREAS, Defendant Paul Parmar a/k/a Parmjit Parmar has been charged in a three-count indictment alleging conspiracy to commit securities fraud in violation of Title 18, United States Code, Section 371, and securities fraud in violation of Title 15, United States Code, Sections 78j(b) and 78ff: Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2; and wire fraud in violation of Title 18, United States Code, Section 1343 and Section 2;

WHEREAS, on July 26, 2018, an Appearance Bond was entered by Parmar

in the amount of $3,462,911, which was co-signed by Mr. Harmohan Parmar and secured by a combination of cash and real property including property located at 7305 Belle Meade Island Drive, Miami, FL 33138 ("Belle Meade Property") owned by Mr. John Petrozza ("Property Owner");

WHEREAS, an Agreement to Forfeit Property for the Belle Meade Property was entered by the Property Owner;

WHEREAS, Parmar and Property Owner seek to remove the Belle Meade Property from the list of properties securing the Appearance Bond;

WHEREAS, the United States consents to the proposed removal of the Belle Meade Property from the list of properties securing the Appearance Bond; accordingly;

IT IS on this_____ day of August, 2021, HEREBY ORDERED THAT:

The "Release on Bond" provision of the Conditions of Release is modified to remove the property located at 7305 Belle Meade Island Drive, Miami, FL 33138 from the list of properties currently securing the Appearance Bond, and;

The July 26, 2018 Agreement to Forfeit Property executed for the Belle Meade Property is hereby voided by Order of this Court, and;

All other provisions stated in the Conditions of Release and all other properties securing that Order remain in effect.

**Form and entry consented to:**

_____
NICHOLAS P. GRIPPO
Assistant U.S. Attorney

SARAH DEVLIN
Assistant U.S. Attorney
HEATHER SUCHORSKY
Assistant U.S. Attorney
LESLIE E. LEHNERT
Assistant U.S. Attorney


 */s/ Jeffrey C. Hoffman*
_____
 JEFFREY C. HOFFMAN
 TIMOTHY C. PARLATORE
 MARYAM N. HADDEN

Counsel for Defendant Paul Parmar




**SO ORDERED:**_____
            HON. MADELINE COX ARLEO
            United States District Judge

 Date:   August _____, 2021