IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Hon. Madeline Cox Arleo |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 18-735 |
| PARMJIT PARMAR, | ) | |
|   a/k/a "Paul Parmar," | ) | |
| SOTIRIOS ZAHARIS, | ) | NOTICE OF WITHDRAWAL |
|   a/k/a "Sam Zaharis," | ) | OF CO-COUNSEL |
| RAVI CHIVUKULA, and | ) | FOR THE UNITED STATES |
| PAVANDEEP BAKHSHI | ) | |
|            Defendants. | ) | |
| | ) | |

NOTICE OF WITHDRAWAL OF CO-COUNSEL FOR THE UNITED STATES

Please take notice that the undersigned attorney, Leslie E. Lehnert, hereby withdraws as co-counsel for the United States of America in the above-captioned action due to her departure from the United States Department of Justice as of September 10, 2021. Assistant United States Attorneys Nicholas P. Grippo and Heather Suchorsky will continue to represent the United States in this matter going forward.

                                          Respectfully submitted,

                                          For the United States

                                          Assistant Attorney General
                                          Criminal Division

                                            s/ Leslie E. Lehnert
                                          Leslie E. Lehnert
                                          Trial Attorney
                                          D.C. Bar No. 416498
                                          Money Laundering & Asset Recovery Section
                                          U.S. Department of Justice
                                          1400 New York Ave., N.W.
                                          Washington, D.C. 20005
                                          202/ 514-1761
                                          leslie.lehnert@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2021, I electronically filed the foregoing Notice of Withdrawal of Co-Counsel for the United States with the Clerk of the Court for the District of New Jersey using the CM/ECF system, which will send notification of such filing to counsel of record for all Defendants in this matter.

        s/ Leslie E. Lehnert
        Leslie E. Lehnert
        Trial Attorney
        D.C. Bar No. 416498
        Money Laundering & Asset Recovery Section
        U.S. Department of Justice
        1400 New York Ave., N.W.
        Washington, D.C. 20005
        202/ 514-1761
        leslie.lehnert@usdoj.gov