

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street*                              *973-645-2700*
*Newark, New Jersey 07102*

October 18, 2021

**VIA Email & ECF**

Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

       Re:    <u>United States v. Parmar/Bakhshi</u>
              Crim. No. 18-735

Dear Judge Arleo:

       The Government writes to respectfully request a status conference to discuss with the Court and counsel a potential schedule for future proceedings in this case, including trial. This securities and wire fraud case was indicted in December 2018. Since indictment, the Court has entered numerous scheduling orders, the Government has produced voluminous discovery, and the defendants have filed pretrial motions, which are fully briefed and pending. Dkt. Nos. 105-108, 110, 115-117. The current continuance expires on October 31, 2021. Dkt. No. 118. The Court has not yet set a trial date or scheduled other proceedings.

       The Government believes a status conference (in person or virtual) to discuss possible trial dates in 2022 would be fruitful. The Government will confer with counsel regarding a new continuance order prior to any status conference. We have notified defense counsel of our intention to seek a status conference and counsel did not object. We are available to appear on short notice on a date convenient to the Court and counsel.

                              Respectfully submitted,
                              RACHEL A. HONIG
                              Acting United States Attorney

                              By:   <u>*s/Nicholas P. Grippo*</u>
                              NICHOLAS P. GRIPPO
                              CAROLYN SILANE
                              Assistant United States Attorneys

cc: All Counsel, via ECF