

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street*          *973-645-2700*
*Newark, New Jersey 07102*

June 17, 2022

**Via Email & ECF**
Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   United States v. Parmar/Bakhshi, Crim. No. 18-735

Dear Judge Arleo:

Oral argument on the defendants' pretrial motions is scheduled for June 22, 2022 at 2 p.m. Due to a scheduling conflict that recently arose on the Government's side, we respectfully request a brief adjournment of the argument date. This is the Government's first adjournment request regarding these arguments. We have consulted with counsel for both defendants and they consent to this request. The parties are available for argument any date the week of July 11th or any other date in July after that week. The parties also consent to appearing virtually for the arguments.

We appreciate that these motions have been fully briefed since June 2021 and the argument date has been adjourned several times, due mainly to medical issues concerning defendant Parmar. Based on a meet and confer with counsel this week, however, we are confident that the requested brief adjournment will not unduly delay the proceedings and that the motions will be argued in the upcoming weeks or as soon as the Court is available.

Thank you for your consideration.

Respectfully submitted,
Philip R. Sellinger
United States Attorney

By:   *s/Nicholas P. Grippo*
      Nicholas P. Grippo
      Matthew Feldman Nikic
      Carolyn Silane
cc: All Counsel, via ECF      Assistant United States Attorneys