UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | |
| | : | |
| PARMJIT PARMAR, <br> a/k/a "Paul Parmar," | : | Crim. No. 18-735-MCA-1 |
| | : | |
| SOTIRIOS ZAHARIS, <br> a/k/a "Sam Zaharis," | : | |
| | : | |
| RAVI CHIVUKULA, and <br> PAVANDEEP BAKHSHI | : | |

### ORDER

This matter having come before the Court on Defendant Parmjit Parmar's pre-trial motions to dismiss the Indictment, to suppress emails, and to disqualify counsel, ECF No. 107, and Defendant Parmar's motion to disqualify the prosecution team, ECF No. 108; the Government having opposed the motions, ECF No. 110; Defendant Parmar having replied, ECF No. 117; the Court having considered the parties' written submissions and having heard oral arguments on July 12, 2022; the Court having considered the motions in light of Third Circuit and other applicable authority; for the reasons that the Court stated on the record on July 12, 2022, and for good cause shown,

**IT IS**, on this 13th day of July, 2022, **ORDERED** that:

1. Defendant Parmar's motion to dismiss the Indictment for lack of venue, ECF No. 107-1 at 2-6, is **DENIED**, because the Indictment sufficiently alleges venue in the District of New Jersey, *see* ECF No. 110 at 66-70;

2. Defendant Parmar's motion to dismiss Count One of the Indictment as duplicitous, ECF No. 107-1 at 18-27, is **DENIED**, because the Indictment alleges a single scheme, *see* ECF No. 110 at 70-76;

3. Defendant Parmar's motion dismiss the Indictment for errors in the grand jury process, ECF No. 107-1 at 7-15, is **DENIED**, because he has not demonstrated misconduct before the grand jury, *see* ECF No. 110 at 77-82;

4. Defendant Parmar's motion to suppress emails, ECF No. 107-1 at 42-47, is **DENIED**, because he has not demonstrated that the Government acted improperly in obtaining the emails, ECF No. 110 at 82-92;

5. Defendant Parmar's motion to disqualify the prosecution team, ECF No. 107-1 at 15-17, motion to dismiss the Indictment for outrageous government conduct, ECF No. 107-1 at 27-39, motion to dismiss the Indictment pursuant to this Court's supervisory powers, ECF No. 107-1 at 39-42, and additional motion to disqualify the prosecution team, ECF No. 108-1, are each **DENIED**, because he has not demonstrated government misconduct, *see* ECF No. 110 at 93-99; and

6. Defendant Parmar's motion to strike the forfeiture allegation in the Indictment, ECF No. 107-1 at 47-49, is **DENIED**, because the forfeiture allegation is not a substantive count of the Indictment and instead puts Defendant Parmar on notice that the Government seeks to forfeit property, *see* ECF No. 110 at 99-106.

_____
Hon. Madeline Cox Arleo
United States District Judge