UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Madeline Cox Arleo |
| v. | : Criminal No. 18-735 |
| PARMJIT PARMAR, a/k/a "Paul Parmer," | : ORDER |

This matter having come before the Court on the joint application of the United States, by Philip Re. Sellinger, United States Attorney for the District of New Jersey (Carolyn Silane, Assistant U.S. Attorney, appearing), and defendant Parmjit Parmar, a/k/a "Paul Parmar" (Jeffrey C. Hoffman, Esq., appearing) for an order modifying the defendant's bail conditions under the supervision of the Department of Probation to allow the removal of his ankle bracelet to allow for an MRI scheduled for October 3, 2023 and to be put back on promptly thereafter.

IT IS, therefore, on this __29th__ day of September ____ 2023, that the ankle bracelet be removed and replaced after the test under the supervision of the Department of Probation.

_____
Honorable Madeline Cox Arleo
United States District Judge

Consented to as a form and entry:
/s/ Carolyn Silane

_____
CAROLYN SILANE
ASSISTANT U.S.

_____
JEFFREY C. HOFFMAN, ESQ.
Counsel for Defendant Parmjit Parmar

{12225400:1}