UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Madeline Cox Arleo

v. : Criminal No. 18-735

PARMJIT PARMAR,      ORDER
a/k/a "Paul Parmar,"

This matter having come before the Court on the application of defendant Parmjit Parmar, a/k/a "Paul Parmar" (Jeffrey C. Hoffman, Esq., appearing) for an order modifying the defendant's bail conditions between the date of this Order and January 31, 2024, to permit the Department of Pretrial Services, in its discretion, to remove the defendant's ankle bracelet to allow for documented medical tests and diagnostics, and to be put back on as promptly as practicable thereafter. The United States does not object to this request.

IT IS, therefore, ORDERED that Pretrial Services may determine, in its discretion, whether and when to remove the defendant's ankle bracelet for documented medical tests, and to replace the ankle bracelet as soon as practicable after such tests, between the date of this Order and January 31st 2024.

_____ October 11, 2023
Honorable Madeline Cox Arleo
United States District Judge

Consented to as a form and entry:
/s/ Carolyn Silane

_____
CAROLYN SILANE
ASSISTANT U.S.

_____
JEFFREY C. HOFFMAN, ESQ.
Counsel for Defendant Parmjit Parmar

{12230717:2}