

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

---

*Carolyn Silane*  
*Assistant United States Attorney*

*970 Broad Street, Suite 700*  
*Newark, New Jersey 07102*

December 6, 2023

The Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King, Jr. Federal Building
   & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

        Re:    <u>United States v. Parmjit Parmar</u>, Crim. No. 18-735

Dear Judge Arleo:

      The Government writes to respectfully request a firm trial date in the near future in this matter. As the Court is aware, this case was indicted five years ago, in December 2018 (ECF No. 32), and Defendant Parmjit Parmar is the only defendant remaining in this case. The parties have briefed and argued extensive pre-trial motions, which the Court ruled upon in July 2022. *See* ECF No. 152, 154, 162. The Government stands ready for trial.

      Thank you very much for your consideration.

                            Respectfully Submitted,

                            PHILIP SELLINGER
                            United States Attorney

                            /s/ Carolyn Silane
                            _____
        BY:    CAROLYN SILANE
                      Assistant U.S. Attorney

cc:    Jeffrey Hoffman, Esq., *Counsel for Defendant Parmjit Parmar*