Franklin Monsour Jr.
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 547-5554
fmonsour@mwe.com

*Attorney for Defendant*
*Pavandeep Bakhshi*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, | Hon. Madeline Cox Arleo |
| v. | |
| Parmjit Parmar, a/k/a "Paul Parmar," et al. | Case. 2:18-cr-00735-MCA |

### NOTICE OF CHANGE OF ADDRESS

Franklin Monsour Jr. files this Notice of Change of Address in the above captioned case.

All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

> Franklin Monsour Jr.
> **MCDERMOTT WILL & EMERY LLP**
> One Vanderbilt Avenue
> New York, New York 10017
> Tel: (212) 547-5554
> fmonsour@mwe.com

Dated:  April 3, 2024                            Respectfully submitted,

                                                 */s/ Franklin Monsour Jr.*

1

2

Franklin Monsour Jr.
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 547-5554
fmonsour@mwe.com

*Attorney for Defendant*
*Pavandeep Bakhshi*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, email, U.S. Mail and/or facsimile to all counsel of record.