UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| v. | : | Crim. No. 18-735 |
| PARMJIT PARMAR | : | NOTICE OF APPEARANCE |

     PLEASE TAKE NOTICE that Mark J. Pesce, Assistant United States Attorney (Mark.Pesce@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

By: Mark J. Pesce
Assistant U.S. Attorney

Dated:    April 4, 2024