# EXHIBIT A

April 17, 2024

**Honorable Judge Ms. Madeline Cox Arleo**

Federal District Court

Martin Luther King Building & U.S. Courthouse

50 Walnut Street, Newark, NJ 07102

Re: withdrawal of Lead criminal defense attorney

**Dear Honorable Judge Ms. Madeline Cox Arleo,**

I am writing to respectfully inform your honor and the court that on April 11th Wendels Informed me that they are withdrawing as my criminal defense attorneys due to Wendels being conflicted by issues not of my making.

In November 2022, Wendels Law Firm notified me that due to issues not of my making Wendels was conflicted in their representation of me, Wendels was advised by their attorneys that the conflict was non-reconcilable, and they would need to cease representing me.

Mr. Jeff Hoffman, my primary attorney at Wendels and my lead criminal defense attorney, worked diligently to find a solution that would allow them to continue representing me despite the firm being conflicted, conflict not of my makings. By January 2023, Jeff informed me that they had reached an agreement with their legal team to address the conflict temporarily. This agreement took the form of an "**interim waiver agreement**", which allowed Wendels to represent me on the condition that an independent attorney be present to always ensure unbiased advice and representation.

I executed this interim waiver agreement on March 1st, 2023. However, there were ongoing conflicts and concerns continued to arise, stemming from the initial conflict that had led to the need for the waiver agreement, conflict and issues of not my making.

Due to these persistent issues and concerns, I felt it necessary to request Wendels to suspend their representation on March 30th, 2024. I subsequently revoked the interim waiver agreement on April 1st, 2024. In response to these developments, Wendels decided to withdraw their representation entirely on April 11th, 2024.

I am writing this letter to informing your honor the existence of wendels being conflicted out due to issues not of my making and I have been informed just yesterday that wendels will be filing for a motion to withdraw soon.

Thank you once again for your attention.

Sincerely,

Paul Parmar