UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------x
UNITED STATES OF AMERICA,                Case No.: 18-cr-00735-MCA

v.

PARMJIT PARMAR
a/k/a "Paul Parmer,"

        Defendant.
------------------------------------------------x

## NOTICE OF MOTION TO WITHDRAW AS A COUNSEL

PLEASE TAKE NOTICE that Jeffrey C. Hoffman, on behalf of himself and Windels Marx Lane & Mittendorf, LLP ("Windels Marx"), counsel for defendant Parmjit Parmar a/k/a "Paul Parmar" (the "Defendant"), will move the Honorable Madeline Cox Arleo of this Court at such time as the Court wishes the parties to be heard, for an Order approving Windels Marx's withdrawal as counsel for Defendant in the above-referenced action and granting Defendant forty-five days to obtain substitute counsel, based upon the reasons recited in greater detail in the Declaration of Jeffrey C. Hoffman dated April 17, 2024 (the "Hoffman Declaration") and its accompanying Exhibit A; and

PLEASE TAKE FURTHER NOTICE that the moving party has enclosed a proposed Order for this Court's review and execution.

Dated:  April 22, 2024          Respectfully submitted,
       New York, New York

                                          */s/ Jeffrey C. Hoffman*
                                          Jeffrey C. Hoffman
                                          Windels Marx Lane & Mittendorf LLP
                                          156 West 56th Street
                                          New York, NY 10019
                                          T. 212.237.1000
                                          jhoffman@windelsmarx.com
                                          *Attorneys for Defendant*

{12304900:1}