# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Case No.: 18-cr-00735-MCA |
| | : | |
| | : | |
| PARMJIT PARMAR, | : | |
| a/k/a "Paul Parmer," | : | |

## [PROPOSED] ORDER

This matter having come before the Court on the application of Jeffrey C. Hoffman, of Windels Marx Lane & Mittendorf, LLP ("Windels Marx"), counsel for defendant Parmjit Parmar, a/k/a "Paul Parmar" ("Defendant") for an order granting Windels Marx's motion to withdraw as counsel for Defendant;

IT IS HEREBY ORDERED that, on this _____ day of April 2024, Windels Marx is relieved as counsel for Defendant and Defendant is granted forty-five (45) days to retain substitute counsel.

SO ORDERED

_____
Honorable Madeline Cox Arleo
United States District Judge

{12303193:1}