April 26th, 2024

**Honorable Judge Ms. Madeline Cox Arleo**
Federal District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, NJ 07102

Sub: <u>Request for Extension till May 30th, 2024, to Respond to Wendels Marx's Motion to Withdraw in the case United States v. PARMAR (2:18-cr-00735)</u>

**Dear Honorable Judge Ms. Madeline Cox Arleo,**

I write to you with the utmost respect and deference regarding the ongoing matter of United States v. PARMAR (2:18-cr-00735) before this esteemed court. In reference to my previous correspondence dated April 23rd, 2024, I humbly request an extension to adequately address and respond to Wendels Marx's motion to withdraw from representation.

I am pleased to inform Your Honor that all involved parties in this instant motion in front of you, including Mr. Jeff Hoffman from Wendels Marx, have mutually consented to an extension of time, allowing me to furnish my response by May 30th, 2024. Mr. Hoffman and Wendels Marx affirm their assent to this extension and express no opposition to the granting of additional time till May 30th 2024, if the court is so inclined to grant the extension of time to respond to their motion.

Additionally, for the ongoing matters in this case in alignment with the contents of Mr. Hoffman's motion, I respectfully seek Your Honor's consideration for a 45-to-60-day grace period to facilitate the retention of new legal counsel. This will allow me to have unconflicted advice on the ongoing proceedings.

I implore Your Honor's favorable consideration of these requests, understanding the gravity of the proceedings and the importance of allowing sufficient time for diligent preparation and legal representation.

Thank you, Your Honor, for your esteemed attention to this matter, and I remain at your disposal should you require any further information or clarification.


Respectfully,

*Paul Parmar*

Paul Parmar