**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 18-735 |
| | : | |
| PARMJIT PARMAR, et al. | : | **NOTICE OF ATTORNEY** |
| | : | **APPEARANCE** |

PLEASE TAKE NOTICE that Olta Bejleri, Assistant United States Attorney (olta.bejleri@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

                                                          PHILIP R. SELLINGER
                                                          United States Attorney

By: _____
      OLTA BEJLERI
      Assistant United States Attorney

Dated:    April 30, 2024