UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                          Date 5/14/24

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: DIANE DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 18-CR-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:    Carolyn Silane AUSA, for the Government
                Olta Bejleri AUSA, for the Government
                Timothy Parlatore, Esq., for defendant PARMAR
                Jeffrey Hoffman, Esq., for defendant PARMAR

**Nature of Proceeding: Motion Hearing**

Defendant present.
Oral argument held on motions to withdraw as attorney [211] & [215]
Ordered motions to withdraw as attorney [211] & [215] are granted.
Defendant is granted 60 days to retain new counsel.
Status conference scheduled for 7/16/24 at 3:30 p.m.


Time Commenced   3:40 p.m.                                Time Adjourned 3:50 p.m.


*Amy Andersonn*
Amy Andersonn, Deputy Clerk