UNITED STATES DISTRICT COURT
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Madeline Cox Arleo |
| | : |
| v. | : Case No.: 18-cr-00735-MCA |
| | : |
| | : |
| PARMJIT PARMAR, | : |
| a/k/a "Paul Parmer," | : |

**<u>ORDER</u>**

This matter having come before the Court on the motion of Jeffrey C. Hoffman, of Windels Marx Lane & Mittendorf, LLP ("Windels Marx"), counsel for defendant Parmjit Parmar, a/k/a "Paul Parmar" ("Defendant") and by motion of Timothy C. Parlatore, Maryam N. Hadden and the Parlatore Law Group ("PLG") co-counsel for Defendant, for an order granting motions to withdraw as counsel for Defendant;

And it appearing that Defendant asserts that immediate discharge of counsel is warranted due to an "irreconcilable conflict of interest due to their actions in related civil matters," Parmar letter at 3;

And it appearing that counsel seek to withdraw on the grounds that there an "irreconcilable breakdown in communications" based on part on defendant's complaint of conflict of interest, which counsel denies;

And for the reasons set forth on the record today and for good cause shown;

IT IS HEREBY ORDERED that, on this 14th day of May 2024,

Windels Marx Lane and Mittendorf, LLP and Parlatore Law Group, LLP are relieved as counsel for Defendant and Defendant is granted 60 days days to retain substitute counsel. New counsel and defendant shall appear for an in person status conference on **July 16 at 3:30 p.m.**

SO ORDERED

_____
 s/Madeline Cox Arleo
Honorable Madeline Cox Arleo
United States District Judge