

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*  　　　　　　　*973-645-2700*
*Newark, New Jersey 07102*

June 26, 2024

**Via Email & ECF**
Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

　　　　Re:　United States v. Parmar, Crim. No. 18-735

Dear Judge Arleo:

　　The Government writes to address defendant Parmjit Parmar's "Emergency Motion to Quash." ECF 221. The motion relates to a separate, ongoing investigation. Therefore, the motion is not properly brought before Your Honor, and instead should be directed to the Grand Jury Judge.

　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　Philip R. Sellinger
　　　　　　　　　　United States Attorney

　　　　　　　　By:　*s/Carolyn Silane*
　　　　　　　　　　 Carolyn Silane
　　　　　　　　　　 Olta Bejleri
　　　　　　　　　　 Assistant United States Attorneys