

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street*  *973-645-2700*
*Newark, New Jersey 07102*

June 26, 2024

**Via Email & ECF**
Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   United States v. Parmar, Crim. No. 18-735

Dear Judge Arleo:

    The Government writes to address defendant Parmjit Parmar's "Emergency Motion to Quash." ECF 221. The motion relates to a separate, ongoing investigation. Therefore, the motion is not properly brought before Your Honor, and instead should be directed to the Grand Jury Judge.

Respectfully submitted,
Philip R. Sellinger
United States Attorney

By:  *s/Carolyn Silane*
     Carolyn Silane
     Olta Bejleri
     Assistant United States Attorneys

*[Handwritten annotation:]* Clerk's office is Directed to file under Misc. # and assign to 23-118 grand jury judge.

*[Signed]* Max Arleo 10-27-24