PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Parmjit Parmar**                                                  Docket No. 18-CR-735

### Petition for Action on Conditions of Pretrial Release

COMES NOW LURA JENKINS PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Parmjit Parmar**, who was placed under pretrial release supervision by the **HONORABLE MICHAEL VAZQUEZ,** sitting in the Court at **50 Walnut Street, Newark, New Jersey,** on June 22, 2018, under the following conditions:

Judge Vazquez ordered the defendant released on a $5,000,000 bond fully secured by cash or property, along with the following conditions:

1. The defendant is to be released to a third-party custodian approved by Pretrial Services.
2. Pretrial Services supervision.
3. Home incarceration with electronic monitoring, enforced by GPS.
4. Surrender all passports and travel documents and do not apply for new travel documents.
5. Surrender firearms and firearms ID card within 24 hours and provide proof to Pretrial Services.
6. Travel is restricted to New Jersey.

The court ordered the defendant detained pending the investigation and confirmation of the properties to be used as security for the bond.

On July 13, 2018, following an extensive investigation into multiple properties to be used as security for the bond, Judge Vazquez signed an order releasing the defendant on a $3,462,911.00 bond, co-signed by Harmonhan Parmar, secured by cash and several properties, along with the following conditions:

1. Report to Pretrial Services as directed.
2. The defendant shall be released into the third-party custody of Harmonhan Parmar.
3. Travel is restricted to New Jersey and New York. Travel to New York is limited to meetings with legal counsel.
4. Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents.
5. Refrain from possessing a firearm, destructive device, or other dangerous weapons. All firearms in any home in which the defendant resides shall be removed within 24 hours and verification provided to Pretrial Services. The defendant will surrender all firearms purchaser's cards to Pretrial Services.

6. Home incarceration, enforced by GPS monitoring.
7. The defendant shall maintain residence at 19 Colts Gait Lane, Colts Neck, NJ with his third-party custodian.

On September 25, 2018, Judge Vazquez signed an order permitting the defendant to conduct exercise outside of his home between 6:30 AM and 8:30 AM and again between 6:30 PM and 8:30 PM. He is not permitted to leave his property. This order also permits the defendant to accompany his father to medical appointments with 24 hours advance notice to Pretrial Services. Additionally, this order permits the defendant to be away from his home on Saturdays between 6:00 PM and 8:00 PM and Sundays between 9:00 AM and 11:00 AM for religious services. The defendant is also permitted to leave his home for other religious services with 24-hour advance notice to Pretrial Services.

On December 16, 2019, the defendant's order setting conditions of release was modified via consent order placing the defendant on stand alone, GPS monitoring, location monitoring.

On August 25, 2021, the defendant's order setting conditions of release was modified via consent order removing the following property used to secure the bond: 7305 Belle Meade Island Drive, Miami, Florida.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER

ORDER OF COURT

Considered and ordered this __16__ day of __Aug 2016__ and ordered filed and made a part of the records in the above case.

_____
MADELINE COX ARLEO
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      __August 14, 2024__

_Lura Jenkins_
LURA JENKINS
U.S. Pretrial Services Officer

Bail review hearing is scheduled for 8/20/24 at 11a.M. before the Honorable Madeline Cox Arleo.