Robert J. De Groot, Esq.
NJ Bar # 282351972
60 Park Pl.
Newark, N.J. 07102
(973) 643-1930
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEW JERSEY

---------------------------------------------x
UNITED STATES OF AMERICA,

    Plaintiff,

vs.      DOCKET NO.: 18-CR-735

PARMJIT PARMAR,

    Defendant.

---------------------------------------------x

## LIMITED APPEARANCE OF COUNSEL

*TO: The Clerk of the Court and all parties of record*

I am admitted or otherwise authorized to practice in this Court, and I appear in a limited capacity for pre-trial release review.

Dated: August 16, 2024

_____
ROBERT J. DE GROOT, ESQ.