LAW OFFICES OF

# ROBERT J. DeGROOT

Attorneys At Law

**Robert J. DeGroot**
NJ Bar #282351972
NY Bar #2921633

**Oleg Nekritin**
NJ Bar #018752009
NY Bar #4855789

August 16, 2024

Judge Madeline Cox Arleo, USDCJ
United States District Court
Martin Luther King Building
& US Courthouse
50 Walnut Street
Newark, New Jersey  07102

**RE:  USA v. Parmar**
     **18-CR-735**

Dear Judge Arleo:

I have just filed a Limited Appearance for the Defendant in the above matter which is scheduled for a Bail Review on August 20, 2024.

I am only entering my Appearance to appear on the alleged violation of pre-trial release.  The charges of violation are not posted on Pacer.  Throughout my conversation with the assigned Assistant US Attorneys to this matter, I have learned that they have not received the notices of violation either.  I contacted pre-trial services yesterday requesting the notice of violation.

I respectfully request a short adjournment on the violation hearing as I am scheduled for sentencing in North Carolina on the same day.

Respectfully,

ROBERT J. DE GROOT, ESQ.

RJD/kd

60 Park Place, Suite 105  •  Newark, New Jersey 07102
973.643.1930 Phone  •  973.643.7231 Fax  •  RobertJDeGroot@aol.com Email