UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                  Date 8/22/24

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: DIANE DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 18-CR-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:   Carolyn Silane AUSA, for the Government
Olta Bejleri AUSA, for the Government
Robert DeGroot, Esq., for defendant PARMAR

**Nature of Proceeding: Bail review hearing**

Defendant present.
Defendant shall retain counsel by 9/3/24.
Defendant is ordered to participate in medical evaluation, to confer with government on agreed to specialists in Neurology and Cardiology.
Defendant to sign medical release forms for Pretrial Services.
Electronic monitoring fees that are past due to be paid in full by 8/30/24.
Condition of release added to include Home Incarceration. Defendant allowed out for medical appointments that are preapproved by PTS and Court hearings only.
Status conference scheduled for 10/3/24 at 1:00 p.m.

Time Commenced    3:20 p.m.                                      Time Adjourned 4:20 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk