UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                    Date 10/3/24

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: DIANE DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 18-CR-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:   Carolyn Silane AUSA, for the Government
Olta Bejleri AUSA, for the Government

**Nature of Proceeding: Status Conference**

Defendant present.
Defendant advised he has not retained counsel.
Mr. Hoffman joined via telephone to confirm that Mr. Parmar's file will be resent to the defendant.
Status conference scheduled for 10/15/24 at 1:00 p.m.

Time Commenced   1:20 p.m.                                    Time Adjourned 2:20 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk