# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**MADELINE COX ARLEO**
UNITED STATES DISTRICT JUDGE

**MARTIN LUTHER KING COURTHOUSE**
50 WALNUT ST.
ROOM 4066
NEWARK, NJ 07101
973-297-4903

October 15, 2024

<u>VIA CERTIFIED MAIL</u>

Jeffrey C. Hoffman, Esq.
Windels Marx Lane and Mittendorf
56W. 156 Street
New York, New York 10019

Timothy Charles Parlatore, Esq.
Parlatore Law Group LLP
260 Madison Avenue
17th floor
New York, New York 10016

Parmjit Parmar
19 Colts Gait Lane
Colts Neck, New Jersey 07722

Carolyn Silane, AUSA
Olta Bejleri, AUSA
<u>Via ECF</u>

## **LETTER ORDER**

Re:   USA v. Parmjit Parmar
      Criminal Action No. 18-735 (MCA)-1

Dear Counsel:

Given the difficulty Mr. Parmar has reported in obtaining his file, former counsel is directed to provide Mr. Parmar all copies of his complete file in electronic form to his address listed above immediately. Counsel is also Ordered to appear at a hearing on **October 29, 2024 at 4:00 p.m.** If the issue can be resolved before this date please advise the Court in writing.

SO ORDERED.

 s/Madeline Cox Arleo
**MADELINE COX ARLEO**
**United States District Judge**