UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                          Date 10/15/24

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: DIANE DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 18-CR-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:   Carolyn Silane AUSA, for the Government
Olta Bejleri AUSA, for the Government

**Nature of Proceeding: Status Conference**

Defendant present.
Defendant advised he has not retained counsel.
Conference scheduled for 10/29/24 at 4:00 p.m.
Former counsel will be directed to appear at the conference and shall provide complete electronic file to the defendant as soon as possible.
Oral argument on motions scheduled for 1/22/25 at noon.
Jury trial scheduled for 3/10/25 at 9:00 a.m.
Request by defendant to be allowed to take dog to Vet's office is granted, defendant shall provide all details to pretrial services.

Time Commenced    1:20 p.m.                                   Time Adjourned 1:35 p.m.

_Amy Andersonn_

Amy Andersonn, Deputy Clerk