LAW OFFICES OF
# ROBERT J. DeGROOT
Attorneys At Law

**Robert J. DeGroot**
NJ Bar #282351972
NY Bar #2921633

**Oleg Nekritin**
NJ Bar #018752009
NY Bar #4855789

October 17, 2024

Judge Madeline Cox Arleo, USDCJ
United States District Court
Martin Luther King Building
& US Courthouse
50 Walnut Street
Newark, New Jersey 07102

**RE: USA v. Parmar**
   **18-CR-735**

Dear Judge Arleo:

There is a matter pending in Monmouth County Superior Court which is being called in for trial on Monday, October 21, 2024, before Judge McCarthy. Mr. Parmar is a witness in the case and I am having all the witnesses in my office on Friday, October 18, 2024 for prep. I would ask the Court to allow Mr. Parmar to attend this preparation in my office on Friday, October 18, 2024.

I have called Ms. Jenkins, his pre-trial supervisor and she stated that she takes no position and leaves the Court to its ruling.

This is being done for my convenience so that I can prepare all of the witnesses at one time in my office. I did not ask the United States as I assumed their position would be a denial. I would appreciate any consideration the Court can give me and I further advise that Mr. Parmar will be a witness in this matter next week and I will advise if and when the Trial commences and ask that he be able to attend.

Respectfully,

ROBERT J. DE GROOT, ESQ.

RJD/kd

It is so Ordered that Defendant, Parmar may be at the Office of Robert J. DeGroot, Esq., at 60 park Place, Newark, NJ on October 18, 2024, from 9:00 a.m. to 5:00 p.m.