UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                   Date 10/18/24

JUDGE: HON. MADELINE COX ARLEO

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Amy Andersonn

Docket No. 18-CR-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:   Carolyn Silane AUSA, for the Government
Olta Bejleri AUSA, for the Government
Robert De Groot, Esq., appearing in re: State Court Matter

**Nature of Proceeding: Status Conference**

Defendant present.
Mr. DeGroot made an application on behalf of defendant PARMAR for him to be allowed to appear in Monmouth County Superior Court for trial on 10/21/24.
Request is denied, defendant can appear in Monmouth County State Court matter once this Court is advised by Judge McCarthy's chambers that his appearance is needed.

Time Commenced   4:00 p.m.                                   Time Adjourned 4:10 p.m.

_Amy Andersonn_
Amy Andersonn, Deputy Clerk