UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                 Date 11/4/24

JUDGE: HON. MADELINE COX ARLEO

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 18-CR-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:    Carolyn Silane AUSA, for the Government
                Parmjit Parmar, unrepresented
                Jeffrey Hoffman, Esq. appearing as witness
                Timothy Parlatore, Esq., appearing as witness

**Nature of Proceeding: Status Conference**

Defendant present.
Status conference held on the record.
Former counsel advised that they have sent Mr. Parmar all of his files both electronically and by mail.
Defendant advised that he will need to retain counsel by 11/26/24 or will proceed pro se.
In person status conference scheduled for 11/26/24 at 2:00 p.m.

Time Commenced 4:50 p.m.                                    Time Adjourned 5:00 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk