UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                      Date 12/10/24

JUDGE: HON. MADELINE COX ARLEO

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 18-CR-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:   Olta Bejleri AUSA, for the Government
Carolyn Silane AUSA, for the Government
Parmjit Parmar, unrepresented

**Nature of Proceeding: Status Conference**

Defendant present.
Status conference held on the record.
Defendant advised that he is still looking for new counsel.
Inlimine motions due by 2/3/25; opposition due 2/17/25.
In person status conference scheduled for 1/15/25 at 4:00 p.m.

Time Commenced 3:40 p.m.                                        Time Adjourned 3:55 p.m.

_Amy Andersonn_
Amy Andersonn, Deputy Clerk