UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                  Date 1/15/25

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 18-CR-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:    Carolyn Silane AUSA, for the Government
                Parmjit Parmar, unrepresented

**Nature of Proceeding: Bail review hearing**

Defendant present.
Hearing held re: violation of conditions of release.
Defendant is directed to deposit $4,000.00 into the Court's registry by 4 p.m. on 1/16/25, to be used towards payment for electronic monitoring fees.  Once the balance falls below $500.00 the defendant will replenish the funds.
In person status conference scheduled for 2/13/25 at 3:00 p.m.

Time Commenced 5:10 p.m.                                Time Adjourned 5:25 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk