UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,                    2:18-CR-735(MCA)

v.                                            O R D E R

PARMJIT PARMAR,

        Defendant.

------------------------------------

**THIS MATTER** having come before the Court for a bail review hearing for a violation of

previous set conditions of release and for the reasons stated on the record during the hearing,

        It is on this 15th day of January, 2025

        ORDERED that the Clerk of the United States District Court for the District of

New Jersey is hereby authorized to deposit monies from defendant, Paul Parmar, into the Court's

registry. The defendant shall make a deposit of $4,000.00 to be used toward electronic

monitoring fees. Once the balance gets below $500.00 defendant will replenish the funds. The

Clerk's office is directed to send the current balance of $3,786.45 to BI Inc. & Geo, 6265

Gunbarrel Avenue, Suite B, Boulder, CO 80301, the check shall include the following

information: Parmjit Parmar, Zora Act#1660101-1291871.

 

_____
HON. MADELINE COX ARLEO, U.S.D.J.