UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-735 |
| v. | : | |
| PARMJIT PARMAR, a/k/a "Paul Parmar" | : | NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE that VIKAS KHANNA, Acting United States Attorney for the District of New Jersey, by Vinay S. Limbachia (vinay.limbachia@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

      VIKAS KHANNA
Acting United States Attorney

*Vinay S. Limbachia*

By: Vinay S. Limbachia
Assistant United States Attorney

Dated: January 31, 2025