AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cr-00735-MCA-1 |
| PARMJIT PARMAR | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Parmjit Parmar.

Date: 02/13/2025

s/ Andrew D. Goldstein
*Attorney's signature*

Andrew D. Goldstein 028762005
*Printed name and bar number*

Cooley LLP
55 Hudson Yards
New York, NY 10001
*Address*

agoldstein@cooley.com
*E-mail address*

(212) 479-6000
*Telephone number*

(212) 479-6275
*FAX number*