UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                            CRIMINAL NO. 2:18-cr-00735-MCA-1

PARMJIT PARMAR                **APPEARANCE**

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for  Parmjit Parmar.

      I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Bar(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

- State Bar of California, 1993
- United States Court of Appeals for the Ninth Circuit, 1994
- United States District Court for the Northern District of California, 1994
- United States District Court for the Eastern District of California, 1994
- United States District Court for the Central District of California, 1994
- United States District Court for the Southern District of California, 1994

                            s/John H. Hemann
                            JOHN H. HEMANN

                            COOLEY LLP
                            3 Embarcadero Center
                            San Francisco, CA 94111

                            jhemann@cooley.com
                            (415) 693-2038