UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-cr-00735-MCA-1

PARMJIT PARMAR  **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Parmjit Parmar.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Bar(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Bar or Court:

- State Bar of California, 2021

s/Anuva V. Ganapathi_____
ANUVA V. GANAPATHI

COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304

aganapathi@cooley.com
(650) 843-5180