UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                Date 2/13/25

JUDGE: HON. MADELINE COX ARLEO

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 18-cr-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:   Olta Bejleri AUSA, for the Government
               John Hemann, Esq., for defendant PARMAR

**Nature of Proceeding: Status conference**

Defendant present.
Status conference scheduled for 2/25/25 at 3:00 p.m. via teams.
Defendant is allowed to travel to New York city to lawyer's office between the hours of 9a.m.-6 p.m., defendant to advise Pretrial officer of dates and time.

Time Commenced 3:40 p.m.                                    Time Adjourned 3:50 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk