UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                  Date 2/25/25

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 18-cr-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:   Olta Bejleri AUSA, for the Government
Vinay Limbachia AUSA, for the Government
John Hemann, Esq., for defendant PARMAR
Andrew Goldstein, Esq., for defendant PARMAR
Anuva Ganapathi, Esq., for defendant PARMAR
Victoria Pasculli, Esq., for defendant PARMAR
Alessandra Rafalson, Esq., for defendant PARMAR

**Nature of Proceeding: Status conference**

Defendant present.
Status conference scheduled 3/5/25 at 3:00 p.m. via teams.
Parties are to confer on possible trial dates in the summer.

Time Commenced 3:00 p.m.                        Time Adjourned 3:20 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk