# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>PARMJIT PARMAR,<br>    a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Parmjit Parmar.

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Bar(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Bar or Court:

- State Bar of New York, 2019
- U.S. Tax Court, 2021

Dated:  March 12, 2025

Respectfully submitted,

By: _s/ Alessandra Rafalson_
    Alessandra V. Rafalson
    COOLEY LLP
    55 Hudson Yards
    New York, NY 10001-2157
    Telephone: (212) 479-6864
    Facsimile: (212) 479-6275
    arafalson@cooley.com