UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PARMJIT PARMAR,<br>      a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735 |

**[PROPOSED] ORDER**

**NOW**, this _____ day of _____, upon consideration of Defendant Parmjit Parmar's Motion to Seal, the response thereto, and any oral argument, it appearing that Mr. Parmar's Motion to Continue Trial ("Motion to Continue") relies upon and references certain sensitive, non-public information that implicates matters of national security and could jeopardize Mr. Parmar's safety if publicly disclosed, and for good cause shown,

**IT IS HEREBY ORDERED THAT** the Motion to Seal is **GRANTED**, and

**IT IS FURTHER ORDERED THAT** the Motion to Continue shall be sealed, and Defendant shall file a redacted version of the Motion to Continue, consistent with Defendant's proposed redactions as described in the Motion to Seal, on the public docket by _____, 2025.

SO ORDERED:

_____
Honorable Madeline Cox Arleo
United States District Judge