UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-735 |
| | : | |
| v. | : | NOTICE OF APPEARANCE |
| | : | |
| PARMJIT PARMAR, et al. | : | |

PLEASE TAKE NOTICE that John Giordano, United States Attorney for the District of New Jersey, by George M. Barchini (George.Barchini@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

JOHN GIORDANO
United States Attorney

/s/ George M. Barchini
By: George M. Barchini
Assistant U.S. Attorney

Dated:   March 24, 2025