UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                    Date 4/2/25

JUDGE: HON. MADELINE COX ARLEO

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

Docket No. 18-cr-735(MCA)

Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:   Kelly Lyons AUSA, for the Government
Vinay Limbachia AUSA, for the Government
George Barchini, Jr. AUSA, for the Government
Andrew Goldstein, Esq., for defendant PARMAR
Alessandra Rafalson, Esq., for defendant PARMAR

**Nature of Proceeding: Motion hearing**

Defendant present.
Oral argument held on motion to continue trial date [273]
Ordered motion to continue trial date [273] is denied.
Motions are to be fully briefed by 5/27/25, oral argument will be scheduled.

Time Commenced 3:15 p.m.                          Time Adjourned 4:05 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk