UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 18-cr-00735 |
| PARMJIT PARMAR, a/k/a "Paul Parmar," | ORDER |
| *Defendant.* | |

**THIS MATTER** having come before the Court by way of Defendant Parmjit Parmar's a/k/a/ "Paul Parmar" ("Defendant") Motion to Continue Trial (the "Motion"), ECF No. 273;

and it appearing that Defendant filed the Motion on March 12, 2025, see id.;

and it appearing that, on that same day, Defendant filed a Motion to Seal portions of the Motion because certain portions "contain[ed] sensitive, non-public information that implicates matters of national security and could jeopardize [Defendant's] safety if publicly disclosed," see ECF No. 272;

and it appearing that the Court granted Defendant's Motion to Seal, see ECF No. 275;

and it appearing that the United States of America (the "Government") opposes the Motion;[1]

and it appearing that the Court heard oral arguments on April 2, 2025, with respect to Defendant's Motion;

**IT IS** on this 2nd day of April, 2025;

---

[1] As of the entry of this Order, the Government's Opposition to Defendant's Motion to Continue Trial is not publicly filed. Similarly, Defendant's Reply Memorandum of Law in Further Support of Defendant's Motion to Continue Trial is not publicly filed.

**ORDERED** that for reasons stated on the record on April 2, 2025, Defendant's Motion is **DENIED**.

*s/ Madeline Cox Arleo*
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**