UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PARMJIT PARMAR,<br>a/k/a "Paul Parmar" | Hon. Leda D. Wettre<br><br>Criminal No. 18-735 |

## CONSENT ORDER

**NOW**, this 8 day of April, upon consideration of Defendant Parmjit Parmar's request via letter dated April 8, 2025, seeking permission to travel to New York City on April 9, 2025 and return to New Jersey on April 10, 2025, and seeking permission to stay overnight at a hotel in New York City on April 9, 2025, for the purpose of meeting with counsel, and where the Government and Pretrial Services do not object to such request,

**IT IS HEREBY ORDERED THAT** Mr. Parmar's request is **GRANTED**, and

**IT IS FURTHER ORDERED THAT** Mr. Parmar is directed to provide all details regarding the aforementioned travel and overnight stay to Pretrial Services.

SO ORDERED:

*/s/ Leda Dunn Wettre*

Honorable Leda D. Wettre
United States Magistrate Judge