# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK  **Date:** 5/7/25

**JUDGE: MADELINE COX ARLEO**

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**  **Docket No.** 18-cr-735(MCA)-1

U.S.A. v. PARMJIT PARMAR

**Appearances:**

Vinay Limbachia AUSA, for the Government
Kelly Lyons AUSA, for the Government
George Barchini AUSA, for the Government
John Hemann, Esq., for defendant PARMAR
Andrew Goldstein, Esq., for defendant PARMAR

**Nature of proceedings**: PLEA HEARING

Ordered defendant sworn.
Deft. advised of rights.
Defendant pled guilty to Count One the Indictment.
Rule 11 form filed.
ORDERED sentence date set for 10/7/25 at 11:00 a.m.
ORDERED continued bail.

Time Commenced 12:45 p.m.
Time Adjourned 1:00 p.m.

 

*Amy Andersonn*
Deputy Clerk
