UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>PARMJIT PARMAR,<br>        a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735 |

## ORDER

**NOW**, this <u> 9th </u> day of <u> June, 2025 </u>, upon consideration of Defendant Parmjit Parmar's request via letter dated June 5, 2025, seeking permission for Mr. Parmar to visit his house located in Colts Neck, New Jersey, and to visit his attorney Timothy P. Neumann, Esq. at his law firm located at 25 Abe Voorhees Drive, Manasquan, New Jersey, on dates and time periods to be agreed upon with Pretrial Services, for Mr. Parmar to locate documents in advance of, and to prepare financial disclosure forms in connection with, his presentence interview, and where the Government and Pretrial Services do not object to such request,

**IT IS HEREBY ORDERED THAT** Mr. Parmar's request is **GRANTED**, and

**IT IS FURTHER ORDERED THAT** Mr. Parmar is directed to provide all details regarding the aforementioned travel to Pretrial Services. An agreed to schedule to be vetted with Pretrial Services.

SO ORDERED:

_____
Honorable Madeline Cox Arleo
United States District Judge