DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br><br>Parmjit Parmar | Criminal No. 18-735<br><br><br>**SENTENCING SUBMISSION NOTICE<br>OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant.                          .

Date:

September 18, 2025

TODD BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

By:     */s/ Kelly M. Lyons*
        Assistant U.S. Attorney