UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Case No. 2:18-cr-00735-MCA-1 |
| Plaintiff : | ~~Magistrate Case No. 2:18-mj-08040-LDW-1~~ |
| v. : | **ORDER FOR RETURN OF** |
| PARMJIT PARMAR : | **DEPOSIT FOR BAIL** |
| Defendant : | |

This matter having come before this Court and it appearing that an Order Setting Conditions of release was filed in the above-captioned matter;

It further appearing that the conditions of Release on Bond required, among other things, that defendant execute a secured Appearance Bond and deposit in the Registry of the Court the sum of $400,000.00;

It further appearing a Consent Order Substituting Property Securing Appearance Bond was entered in this case;

For the reasons set forth above and good cause shown,

**IT IS** on this ___1___ day of  September, 2025,

**ORDERED** that the Clerk of Court is hereby directed to return the sum of Four Hundred Thousand Dollars ($400,000.00) to the surety of said Recognizance, Harmohan S. Parmar, 7 S 1st Street, New Hyde Park, NY 11040.

Honorable Madeline Cox Arleo
UNITED STATES DISTRICT JUDGE