AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.  18-CR-735 |
| PARMJIT PARMAR | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America (for forfeiture matters and notice purposes only).

Date:   10/06/2025

*s/ Peter A. Laserna*
*Attorney's signature*

Peter A. Laserna
*Printed name and bar number*

U.S. Attorney's Office
970 Broad Street, 7th Floor
Newark, NJ 07102
*Address*

peter.laserna@usdoj.gov
*E-mail address*

(973) 645-2700
*Telephone number*