# Exhibit D

**RANGA BHOOMI, LLC v. SEQUOIA TRAINING, et al. -- October 30, 2024**
**Testimony of Paul Parmar**

```
                                                              108
                    Parmar - Redirect
 1   case, if it's unrelated to the Criminal case.  If you
 2   believe it is and you want to assert your Fifth, you're
 3   entitled to do that.
 4   A    No -- no -- no, Your Honor.
 5        Q    I'm trying to get to the bottom of this.
 6   A    I'm -- I want to -- I want to help with this case.
 7   So these three checks --
 8        Q    Do you know --
 9   A    -- they -- they are part of the --
10        Q    -- do you know why it was issued to the -- to
11   -- to this entity -- these three checks were issued --
12   A    -- I did not issue them, Your Honor.
13        Q    -- uh -- uh, sir, I -- I'm going to --
14   A    But it's -- they're part of the seized funds.
15        Q    -- I'm just going to make note that you don't
16   know -- you're telling me you don't know why these
17   checks were issued to this entity?
18   A    Your Honor, I think we are overlapping on -- on --
19   I -- the indictment already says that First Connect
20   Funds --
21        Q    All right.
22   A    -- were seized.
23        Q    You know what?
24   A    I do not know if this $3 million is in addition to
25   those seized funds or is this $3 million included in --
```

```
                                                              109
                    Parmar - Redirect
 1        Q    Sir, I asked --
 2   A    -- the funds?
 3        Q    -- sir, I -- I'm -- I -- I'm not going to
 4   ask, again, because I'm going to take note you're not
 5   answering the question directly.
 6        I asked if you knew why the $3 million was issued
 7   to First Connect.  I'm trying to understand if it was
 8   associated with you, associated with Sam, associated
 9   with Elena.
10        You're accusing her of stealing this money.  I
11   need to know where the money went and you can't tell me
12   why you, you know, as to whether or not you knew the
13   money was sent to First Connect.
14   A    Your Honor, under oath, I will tell you that First
15   Connect has nothing to do with me or Sam or Ravi
16   Chavakula directly or indirectly, under oath.
17        If you find out it is connected to me or Sam --
18        Q    Sir --
19   A    -- you can (indiscernible) to me.
20        Q    -- all right.  Uh -- uh, all right.  You're
21   -- you're -- you're carefully calibrating your words
22   um, and I -- I'm just going to make note.
23        Listen, I understand your position.  I asked it
24   several times now.  I'm going to leave it where it is.
25   A    You -- Your Honor, can I --
```

**Elite Transcripts, Inc.**
14 Boonton Avenue, Butler, New Jersey  07405
(973) 283-0196  FAX (973) 492-2927