UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PARMJIT PARMAR,<br>a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735 |

[~~PROPOSE~~] ORDER

**NOW**, this 14 day of Nov, upon consideration of Defendant Parmjit Parmar's request via letter dated November 7, 2025, seeking permission to travel to his father's home at 5 Muncee Court, Holmdel, New Jersey 07733, twice per week on dates and for time periods to be agreed upon with Pretrial Services;

**IT IS HEREBY ORDERED THAT** Mr. Parmar's request is **GRANTED**; and

**IT IS FURTHER ORDERED THAT** Mr. Parmar is directed to provide all details regarding the aforementioned travel to Pretrial Services.

SO ORDERED:

_____
Honorable Madeline Cox Arleo
United States District Judge