UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>PARMJIT PARMAR,<br>   a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735 |

**[PROPOSED] ORDER**

**NOW**, this _____ day of _____, upon consideration of Defendant Parmjit Parmar's request via letter dated November 17, 2025;

**IT IS HEREBY ORDERED THAT** Mr. Parmar's request is **GRANTED**; and

**IT IS FURTHER ORDERED THAT** the Clerk of the United States District Court for the District of New Jersey is hereby directed to send $1,228.45 of the funds held in the Court's registry to BI Inc. & Geo, 6265 Gunbarrel Avenue, Suite B, Boulder, CO 80301, in satisfaction of Mr. Parmar's outstanding balance on his electronic monitoring account. The check shall include the following information: Parmjit Parmar, Zora Act#1660101-1291871.

**IT IS FURTHER ORDERED THAT** the Clerk of the United States District Court for the District of New Jersey is hereby authorized to return the remaining funds deposited in the Court's registry to Mr. Parmar.

SO ORDERED:

_____
Honorable Madeline Cox Arleo
United States District Judge