

Andrew Goldstein
T: +1 202 842 7805
AGoldstein@cooley.com

John Hemann
T: 1 415 693 2038
JHemann@cooley.com

December 4, 2025

The Honorable Madeline Cox Arleo
United States District Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:** *United States v. Parmar* **(18-cr-735)**

Dear Judge Arleo,

In light of the Third Circuit's December 1, 2025, decision in *United States v. Giraud*, we request an adjournment of the scheduled sentencing hearing. We request that sentencing be adjourned to January 22 or 23, 2026, or a date thereafter convenient for the Court, by which time there is likely to be further clarity on the issues discussed in the *Giraud* decision.

We have met and conferred with government counsel, and they do not oppose this request.

Sincerely,

*/s/ Andrew Goldstein*
Andrew Goldstein

*/s/ John Hemann*
John Hemann