# EXHIBIT 1

| | |
|---|---|
| **From:** | Hemann, John H. |
| **Sent:** | Monday, December 15, 2025 3:56 PM |
| **To:** | Lura Jenkins; Barchini, George (USANJ); Lyons, Kelly (USANJ) |
| **Cc:** | Rausch, Hannah Wills |
| **Subject:** | Parmar bail conditions |

Lura, George, and Kelly,

I write to ask if you will agree to a modification of Mr. Parmar's release conditions so that he can spend the holidays with his family members who are visiting NJ for Christmas and staying until his sentencing, and to go to church with family members.

We would ask that he be able to stay at 5 Muncee Ct, Holmdel, NJ 07733, with his sister and her family. We would also ask that he be able to visit (but not spend the night) at the following two nearby addresses: Dr. Dipinder Arora and Dr. Virender Arora, 11 Embry Farm Rd, Marlboro, NJ 07746 (visit only to meet with family along with father), and Dr. Neelu Parmar and Dr. Kiranpreet Parmar (visit only to meet with family along with father), 2 Deputy Minister Dr, Colts Neck, NJ 07722. All three homes are on Mr. Parmar's bail bond. Family members and friends have travelled to New Jersey to demonstrate support for Mr. Parmar in advance of sentencing.

All visits would be disclosed to and approved by Lura before taking place. There have been no concerns about Mr. Parmar's conduct on release since Cooley's representation began and we seek no modification of other restrictions, including the ankle bracelet.

Please let us know if you agree.

Thanks,
John

John H. Hemann
Cooley LLP / San Francisco
Land: (415) 693-2038 • Mobile: (415) 305-6527
Bio: www.cooley.com/people/john-hemann