# EXHIBIT 2

**From:** "Lyons, Kelly (USANJ)" <Kelly.Lyons@usdoj.gov>
**Date:** December 18, 2025 at 11:01:15 AM PST
**To:** Lura Jenkins <lura_jenkins@njpt.uscourts.gov>, "Hemann, John H." <jhemann@cooley.com>
**Subject: RE: Parmar**

**CAUTION: This Message Is From an External Sender**
This message came from outside your organization.

John, Lura and I spoke, the Government is not going to consent to Mr. Parmar coming off home incarceration through sentencing. The Government will consent to Mr. Parmar traveling for the holidays (meaning prior to January 2) to any of the addresses in your email. Mr. Parmar must, as is typical, request to travel more than 24 hours in advance and the Government will not consent to him staying overnight. The Government does not consent to any such travel outside of the holiday season. Of course, as always, you may seek leave of the Court to do so.

Thank you,
Kelly

**Kelly M. Lyons**
**Assistant United States Attorney**
U.S. Attorney's Office | District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
o: 973-297-2047
c: 973-202-3054
kelly.lyons@usdoj.gov

**From:** Lura Jenkins <Lura_Jenkins@njpt.uscourts.gov>
**Sent:** Thursday, December 18, 2025 1:17 PM
**To:** jhemann@cooley.com; Lyons, Kelly (USANJ) <Kelly.Lyons@usdoj.gov>
**Subject:** [EXTERNAL] FW: Parmar

So I am independently messaged Mr. Hermann for erroneously sending this email to him. My apologies. John, Please see below.

Thank you,

*Lura Jenkins*
*U.S. Pretrial Services Officer*
*District of New Jersey*
*609.989.2056 (office)*
*609.989.0486 (fax)*

1

**From:** Lura Jenkins
**Sent:** Thursday, December 18, 2025 12:21 PM
**To:** John Hermann <John_Hermann@cacb.uscourts.gov>; kelly.lyons@usdoj.gov
**Subject:** Parmar

Good afternoon, Kelly and John.  Pretrial would be amenable to an order modifying Mr. Parmar's LM condition from home incarceration back to stand alone monitoring with LM.  Mr. Parmar has remained compliant while on home incarceration, entered a plea and is pending sentencing.  LM/stand alone would ensure the court, we still know of Mr. Parmar's whereabouts but would allow him the ability to travel to and from and accommodate the requests by defense counsel.

I am available until the end of business today with any questions, then I am off from 12/19 until 1/5.

Thank you and Happy Holidays to you both!


*Lura Jenkins*
*U.S. Pretrial Services Officer*
*District of New Jersey*
*609.989.2056 (office)*
*609.989.0486 (fax)*

2