# Cooley

Andrew Goldstein
T: +1 202 842 7805
AGoldstein@cooley.com

John Hemann
T: 1 415 693 2038
JHemann@cooley.com

November 17, 2025

The Honorable Madeline Cox Arleo
United States District Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *United States v. Parmar* (18-cr-735)

Dear Judge Arleo,

In connection with the above-captioned matter, we respectfully request that the Court enter an order authorizing the Clerk of the United States District Court for the District of New Jersey to disburse $1,228.45 of the funds deposited by Mr. Parmar into the Court's registry pursuant to the Court's January 15, 2025 Order (ECF No. 256) to BI Inc. & Geo, the electronic monitoring services provider, for the purpose of paying Mr. Parmar's outstanding balance on his ankle monitoring bracelet. We respectfully request that the Clerk pay the remainder of the funds held in the Court's registry back to Mr. Parmar directly.

On January 15, 2025, the Court ordered Mr. Parmar to deposit $4,000 with the Clerk for payment of his electronic monitoring fees. (ECF No. 256). Mr. Parmar complied with the Court's Order and deposited the funds. As of November 8, 2025, a balance of $2,213.55 remains.

Effective November 8, 2025, Pretrial Services adjusted Mr. Parmar's ankle monitoring status to agency pay instead of self-pay, due to Mr. Parmar's financial circumstances. Also as of November 8, 2025, a balance of $1,228.45 is owed to the electronic monitoring services provider for Mr. Parmar's ankle monitoring bracelet. Accordingly, we respectfully request that the Court issue an order authorizing the Clerk to send $1,228.45 to BI Inc. & Geo, 6265 Gunbarrel Avenue, Suite B, Boulder CO 80301, with the following information included in the check: Parmjit Parmar, Zora Act#1660101-1291871. We respectfully request that the Court return the remainder of the funds held in the Court's registry back to Mr. Parmar directly.

Pretrial Services supports this request. The government does not oppose this request.

A proposed order is attached hereto for the Court's consideration. Please do not hesitate to contact us if you require additional information to assess this request.

Sincerely,

/s/ Andrew Goldstein
Andrew Goldstein

/s/ John Hemann
John Hemann

[Handwritten annotation: Denied, case is closed. 1/13/26]