UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PARMJIT PARMAR,<br>    a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735 |

[~~PROPOSED~~] ORDER

NOW, this 13 day of _____, upon consideration of Defendant Parmjit Parmar's request via letter dated January 6, 2026;

**IT IS HEREBY ORDERED THAT** Mr. Parmar's request is **GRANTED**; and

**IT IS FURTHER ORDERED THAT** Mr. Parmar's conditions of release be modified from home incarceration to stand-alone monitoring via remote electronic monitoring services.

SO ORDERED:

_____
Honorable Madeline Cox Arleo
United States District Judge