DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br><br> Parmjit "Paul" Parmar <br><br> Defendant(s). | Criminal No.   18-cr-735 <br><br><br> **SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant  Parmjit "Paul" Parmar

submitted sentencing materials to the Court in this case.

Date:    January 26, 2026

By:      s/Andrew Goldstein