UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

PARMJIT PARMAR,
    a/k/a "Paul Parmar"

Hon. Madeline Cox Arleo

Criminal No. 18-735

## UNOPPOSED MOTION TO SEAL

Defendant Parmjit Parmar moves for an Order in the above-captioned matter to seal portions of his Motion to Disqualify and for a Stay, and to file a redacted version of the Motion to Disqualify and for a Stay on the public docket.

Although there is a presumed right of access to judicial records, the right is not absolute. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). While the presumption of access is strong, it can be overcome if the party seeking "to overcome the presumption of access [can] show that the interest in secrecy outweighs the presumption." *LEAP Sys., Inc. v. MoneyTrax, Inc.*, 638 F.3d 216, 221–22 (3d Cir. 2011). That is, the Third Circuit "permit[s] the sealing of documents when justice so requires." *Id.* at 221.

Justice requires the sealing of certain limited portions of Mr. Parmar's Motion to Disqualify and for a Stay because these portions contain sensitive, non-public information that implicate matters of national security and could jeopardize Mr. Parmar's safety if publicly disclosed. Accordingly, this confidential, non-public information should be sealed, and Mr. Parmar should be permitted to file the Motion to Disqualify and for a Stay under seal and a redacted version of the Motion to Disqualify and for a Stay on the public docket. *See, e.g., United States v. Sharif*, 2024 WL 3401571, at *1 n.1 (D.N.J. July 12, 2024) (directing the Clerk of Court to file defendant's

motion under seal because it "included sensitive information"). The Government does not oppose Mr. Parmar's Motion to Seal.

**PLEASE TAKE NOTICE** that a proposed form of Order is submitted with this motion.

Dated:  January 27, 2026

Respectfully submitted,

By:  *s/ Andrew D. Goldstein*
Andrew D. Goldstein
Victoria R. Pasculli
Alessandra V. Rafalson
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
agoldstein@cooley.com
vpasculli@cooley.com
arafalson@cooley.com

John H. Hemann
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
jhemann@cooley.com

Anuva V. Ganapathi
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 843-7400
aganapathi@cooley.com

*Counsel for Parmjit Parmar*