**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>PARMJIT PARMAR,<br>       a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735 |

**[PROPOSED] ORDER**

**NOW**, this _____ day of _____, upon consideration of Defendant Parmjit Parmar's Motion to Seal, the response thereto, and any oral argument, it appearing that Mr. Parmar's Motion to Disqualify and for a Stay relies upon and references certain sensitive, non-public information that implicate matters of national security and could jeopardize Mr. Parmar's safety if publicly disclosed, and for good cause shown,

**IT IS HEREBY ORDERED THAT** the Motion to Seal is **GRANTED**, and

**IT IS FURTHER ORDERED THAT** the Motion to Disqualify and for a Stay shall be sealed, and Defendant shall file a redacted version of the Motion to Disqualify and for a Stay, consistent with Defendant's proposed redactions as described in the Motion to Seal, on the public docket by _____, 2026.

SO ORDERED:

_____
Honorable Madeline Cox Arleo
United States District Judge