DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Parmjit Parmar

Criminal No. 18-735

**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES**

Please be advised that, on February 4, 2026, the United States submitted sentencing materials to the Court in this case concerning the defendant.

Date:

February 6, 2025

TODD BLANCHE
U.S. Deputy Attorney General

PHILIP LAMPARELLO
Special Counsel

By:   */s/ Kelly M. Lyons*
      Assistant U.S. Attorney