DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Parmjit "Paul" Parmar<br><br>Defendant(s). | Criminal No. 18-cr-735<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant Parmjit "Paul" Parmar submitted sentencing materials to the Court in this case.

Date: February 11, 2026

By: s/Andrew Goldstein