UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>PARMJIT PARMAR,<br>    a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735 |

**NOTICE OF WITHDRAWAL OF ALESSANDRA V. RAFALSON
AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST**

**PLEASE TAKE NOTICE** that Alessandra V. Rafalson, hereby withdraws her appearance in the above-captioned matter as counsel for Parmjit Parmar and requests to be removed from the list of ECF recipients in this matter. Mr. Parmar is still represented by Andrew D. Goldstein, Anuva V. Ganapathi, John H. Hemann, and Victoria R. Pasculli of Cooley LLP in this case. Mr. Parmar will not be prejudiced in any way by this withdrawal.

Dated:  March 6, 2026                     Respectfully submitted,

                                          By: *s/ Alessandra V. Rafalson*
                                              Andrew D. Goldstein
                                              Victoria R. Pasculli
                                              Alessandra V. Rafalson
                                              COOLEY LLP
                                              55 Hudson Yards
                                              New York, NY 10001-2157
                                              Telephone: (212) 479-6000
                                              Facsimile: (212) 479-6275
                                              agoldstein@cooley.com
                                              vpasculli@cooley.com
                                              arafalson@cooley.com

                                              John H. Hemann
                                              COOLEY LLP
                                              3 Embarcadero Center, 20th Floor
                                              San Francisco, CA 94111-4004
                                              Telephone: (415) 693-2000
                                              Facsimile: (415) 693-2222
                                              jhemann@cooley.com

Anuva V. Ganapathi
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 843-7400
aganapathi@cooley.com

*Counsel for Parmjit Parmar*