

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7th floor*          *973-645-2700*
*Newark, New Jersey 07102*

March 24, 2026

**By ECF:**

Hon. Madeline Cox Arleo
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:     *United States v. Parmjit Parmar*,
Crim. Case No. 18-735 (MCA)

Dear Judge Arleo:

The Government writes in connection with the Motion for Preliminary Order of Forfeiture (the "Forfeiture Motion") that was filed on October 6, 2025. *See* ECF No. 314. Rule 32.2 of the Federal Rules of Criminal Procedure provides, in relevant part, that "the court must enter the preliminary order [of forfeiture] sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant . . . [.]" Fed. R. Crim. P. 32.2(b)(2)(B). Defendant Parmjit Parmar's sentencing hearing is scheduled for April 7, 2026.

The Government's Forfeiture Motion was filed more than five months ago, and Parmar has not opposed the motion, suggested revisions or modifications to the proposed Preliminary Order of Forfeiture as to Specific Property (Final as to the Defendant) (ECF No. 314-1), nor raised any issues with the comprehensive tracing analysis contained in the Government's motion and the affidavit attached thereto. In light of Parmar's failure to respond to the Forfeiture Motion, the Government respectfully submits that there is no basis for further delay in entering a preliminary order of forfeiture, as required by Rule 32.2 of the Federal Rules of Criminal Procedure.

- 2 -

Accordingly, and for the reasons set forth in the Forfeiture Motion, the Government respectfully requests that the Court enter the proposed Preliminary Order of Forfeiture as to Specific Property (Final as to the Defendant) (ECF No. 314-1).

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:    _s/ Peter A. Laserna_____
Peter A. Laserna
Kelly M. Lyons
George M. Barchini
Assistant U.S. Attorneys

cc:    John Hemann, Esq., Counsel to Defendant
Andrew Goldstein, Esq., Counsel to Defendant
Daniel Carney, U.S. Probation Officer