**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

    v.

PARMJIT PARMAR,
       a/k/a "Paul Parmar"

Hon. Madeline Cox Arleo

Criminal No. 18-735

### [PROPOSED] ORDER

**NOW**, this _____ day of _____, upon consideration of Defendant Parmjit Parmar's Motion to Seal, the response thereto, and any oral argument, it appearing that Mr. Parmar's Letter Brief re Forfeiture relies upon and references certain sensitive, non-public information that implicate matters of national security and could jeopardize Mr. Parmar's safety if publicly disclosed, and for good cause shown,

    **IT IS HEREBY ORDERED THAT** the Motion to Seal is **GRANTED**, and

    **IT IS FURTHER ORDERED THAT** the Letter Brief re Forfeiture shall be sealed, and Defendant shall file a redacted version of the Letter Brief re Forfeiture, consistent with Defendant's proposed redactions as described in the Motion to Seal, on the public docket by _____, 2026.

SO ORDERED:

_____
Honorable Madeline Cox Arleo
United States District Judge