**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

    v.

PARMJIT PARMAR,
      a/k/a "Paul Parmar"

Hon. Madeline Cox Arleo

Criminal No. 18-735

**[PROPOSED] ORDER**

**NOW**, this _____ day of _____, upon consideration of Defendant Parmjit

Parmar's motion dated April 27, 2026;

**IT IS HEREBY ORDERED THAT** Mr. Parmar's motion to vacate the preliminary order

of forfeiture entered on March 31, 2026 is **GRANTED**.

SO ORDERED:

_____
Honorable Madeline Cox Arleo
United States District Judge