UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: 5/5/26

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

PROBATION OFFICER:  SHAVAUGHN CHAPMAN

Docket No. 18-cr-735(MCA)

 Title of Case: U.S.A. v. PARMJIT PARMAR

Appearances:          Kellly Lyons AUSA, for the Government
                      Goerge Barchini, AUSA, for the Government
                      John Hemann, Esq., for defendant PARMAR
                      Andrew Goldstein, Esq., for defendant PARMAR
                      Hannah Rausch, Esq., for defendant PARMAR

**Nature of Proceedings:**   Sentencing
Conference held.
Defendant present.
Sentence: 60 months incarceration
Supervised Release: 3 years
Special Conditions:
   1.  Alcohol/drug testing and treatment
   2.  Financial disclosure
   3.  New debt restrictions
   4.  Mental health treatment
   5.  Self-Employment/business disclosure
Special Assessment: $100.00
Fine: waived
Restitution: $125,049,681.76 interest waived
Forfeiture Order to be issued.
Ordered defendant continued bail.
Counts 2, 3 are dismissed.
Defendant advised of right to appeal.

Time Commenced 2:00 p.m.                    Time Adjourned: 4:20 p.m.

_Amy Andersonn_

Amy Andersonn, Deputy Clerk