**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00735-MCA-1 |
| v. | Hon. Madeline Cox Arleo |
| PARMJIT PARMAR, a/k/a "Paul Parmar" | |
| Defendant. | |

**NOTICE TO APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Notice is hereby given that Defendant Parmjit ("Paul") Parmar appeals to the United States Court of Appeals for the Third Circuit from the Judgment of the United States District Court, District of New Jersey, entered in this action on May 5, 2026 (ECF No. 349).

Dated: May 18, 2026                    Respectfully submitted,

By:      */s/Andrew D. Goldstein*
         Andrew D. Goldstein

COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6879
Fax:    (212) 479-6275
Email: agoldstein@cooley.com

John H. Hemann
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Phone: (415) 693-2000
Fax:    (415) 693-2222
Email: jhemann@cooley.com

*Counsel for Parmjit Parmar*