**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00735-MCA-1 |
| v. | Hon. Madeline Cox Arleo |
| PARMJIT PARMAR, a/k/a "Paul Parmar" | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

ANDREW D. GOLDSTEIN, of full age, hereby certifies and states:

1.     I am an attorney at law in the State of New Jersey (No. 028762005) and a partner with the law firm of Cooley LLP, attorneys for Defendant, Paul Parmar, in the above-captioned matter.

2.     On May 18, 2026, I caused to be filed with the Clerk of the Court and to be served on Kelly M. Lyons, Assistant United States Attorney, United States Attorney's Office, District of New Jersey, 970 Broad Street, Suite 970, Newark, New Jersey 07102, via the Electronic Filing System: (1) the foregoing Notice of Appeal; and (2) this Certificate of Service.

I certify under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

| | |
|---|---|
| Executed on May 18, 2026 | By:     */s/Andrew D. Goldstein* |
| Washington, D.C. | Andrew D. Goldstein |