*United States v. Parmar, No. 2:18-cr-00735-MCA*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **PARMJIT PARMAR,** a/k/a "Paul Parmar," *Defendant.* | **Criminal No. 2:18-cr-00735-MCA-1** Hon. Madeline Cox Arleo United States District Judge **FILED UNDER SEAL** |

## CERTIFICATION OF COUNSEL IN SUPPORT OF
## DEFENDANT'S MOTION TO EXTEND VOLUNTARY
## SURRENDER DATE BY SIXTY (60) DAYS
## (FILED UNDER SEAL)

Timothy P. Neumann, Esq., of full age, hereby certifies as follows, pursuant to 28 U.S.C. § 1746:

1.      I am an attorney licensed to practice law in the State of New Jersey, NJ Bar No. 005081973, and a member of Broege, Neumann, Fischer & Shaver, LLC, co-counsel for Defendant Paul Parmar in the above-captioned matter.

2.      I submit this Certification in support of Defendant's Motion to Extend His Voluntary Surrender Date by Sixty (60) Days (the "Motion"), and the accompanying Declaration of Paul Parmar (the "Declaration"). The exhibits identified below substantiate the scheduled medical evaluations described in the Declaration.

3.      Counsel respectfully submits this Certification and the attached exhibits under seal because they contain protected health information and personally identifying information that

1

should not be disclosed on the public docket. Counsel is also prepared, in the alternative, to provide the exhibits for in camera review at the Court's direction.

4.      Attached hereto, under seal, are true and correct copies of the following documents:



Exhibit A: Prescription and order for an ███████████████████████

████████████████████████████████

████████████████████████████████

█████████████████;

Exhibit B: ██████████████████████████

████████████;

Exhibit C: ████████████████████████

██████████████████████████████████;

Exhibit D: ████████████████████████

████████████████████████████████

█████████████████;

Exhibit E: ████████████████████████

████████████████████████████████

████████████████████████; and

Exhibit F: ██████████████████████████

████████████████████████████████

████.

5.      The documents attached as Exhibits A through F are true and correct copies of records provided to me by Mr. Parmar.

6.      Further documentation can be provided upon request in connection with additional appointment confirmations as they are received in the future. An unredacted copy of this certification with exhibits will be sent to the Court and the Government.

7.      I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

By: */s/ Timothy P. Neumann, Esq.*

Timothy P. Neumann, Esq.
NJ Bar No. 005081973
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Cell: (732) 581-7142
Email: timothy.neumann25@gmail.com

*Co-counsel for Defendant Paul Parmar*

Dated: May 22, 2026