**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> *Plaintiff,* <br><br> *v.* <br><br> **PARMJIT PARMAR,** a/k/a "Paul Parmar," <br><br> *Defendant.* | **Criminal No. 2:18-cr-00735-MCA-1** <br><br> Hon. Madeline Cox Arleo <br><br> United States District Judge |

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND**

**VOLUNTARY SURRENDER DATE BY SIXTY (60) DAYS**

THIS MATTER having come before the Court on Defendant Paul Parmar's Motion for Entry of an Order Extending His Voluntary Surrender Date by Sixty (60) Days (the "Motion"); and the Court having considered the Motion, the supporting declaration, and any response thereto; and good cause appearing;

IT IS on this _____ day of _____, 2026,

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Defendant Paul Parmar's voluntary surrender date is extended by sixty (60) days, from June 4, 2026 to August 3, 2026; and it is further

**ORDERED** that Mr. Parmar shall surrender by 2:00 p.m. on August 3, 2026 to the institution designated by the Bureau of Prisons, or to such other institution as the Bureau of Prisons may designate consistent with this Order; and it is further

**ORDERED** that all other conditions of release previously imposed shall remain in full force and effect during the period of extension, unless modified by further order of the Court.

*United States v. Parmar, No. 2:18-cr-00735-MCA*

SO ORDERED.

_____

Hon. Madeline Cox Arleo

United States District Judge