# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**PARMJIT PARMAR,** a/k/a "Paul Parmar,"<br><br>*Defendant.* | **Criminal No. 2:18-cr-00735-MCA-1**<br><br>Hon. Madeline Cox Arleo<br><br>United States District Judge |

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND
## VOLUNTARY SURRENDER DATE

THIS MATTER having come before the Court on Defendant Paul Parmar's Motion for Entry of an Order Extending His Voluntary Surrender Date by Sixty (60) Days (the "Motion"); and the Court having considered the Motion, the supporting declaration, and any response thereto; and good cause appearing;

IT IS on this 26 day of ~~May~~ , 2026,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant Paul Parmar's voluntary surrender date is extended ~~by sixty (60) days~~, from June 4, 2026 to ~~August 3, 2026~~ June 11, 2026 (30 Days total); and it is further

ORDERED that Mr. Parmar shall surrender by 2:00 p.m. on ~~August 3,~~ June 11 2026 to the institution designated by the Bureau of Prisons, or to such other institution as the Bureau of Prisons may designate consistent with this Order; and it is further

ORDERED that all other conditions of release previously imposed shall remain in full force and effect during the period of extension, unless modified by further order of the Court.

*United States v. Parmar, No. 2:18-cr-00735-MCA*

SO ORDERED.

_____

Hon. Madeline Cox Arleo
United States District Judge

No Further arguments.