**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

No. 26-2218

**UNITED STATES OF AMERICA,**
Appellee,

v.

**PARMJIT PARMAR,
a/k/a "Paul Parmar,"**
Appellant.

On Appeal from the United States District Court
for the District of New Jersey
Criminal No. 2:18-cr-00735-MCA-1
(Hon. Madeline Cox Arleo, U.S.D.J.)

**[PROPOSED] TEMPORARY STAY OF SURRENDER DATE**

Upon consideration of Appellant Parmjit Parmar's Emergency Motion to Set August 3, 2026 as the Voluntary Surrender Date and for Temporary Administrative Stay Pending Review, the imminent June 11, 2026 surrender date, and the need to preserve meaningful review pending the Government's response,

IT IS HEREBY ORDERED that Appellant Parmjit Parmar's June 11, 2026 voluntary surrender date is TEMPORARILY STAYED pending further order of this Court.

IT IS FURTHER ORDERED that the Government shall file any response to the Emergency Motion within three business days of entry of this Order, and Appellant may file any reply within two business days of the Government's response.

IT IS FURTHER ORDERED that the stay shall remain in effect pending further order of this Court, including any order directing supplemental briefing.

IT IS FURTHER ORDERED that all existing conditions of release imposed by the District Court, including electronic monitoring, residence restrictions, and Pretrial Services supervision, shall remain in full force and effect during the pendency of this stay. Nothing in this Order modifies the judgment, the sentence, or any condition of release other than the voluntary surrender date during the pendency of the stay.

Dated: _____, 2026

_____
Circuit Judge
United States Court of Appeals
for the Third Circuit