**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

No. 26-2218

**UNITED STATES OF AMERICA,**
Appellee,

v.

**PARMJIT PARMAR,**
**a/k/a "Paul Parmar,"**
Appellant.

On Appeal from the United States District Court
for the District of New Jersey
Criminal No. 2:18-cr-00735-MCA-1
(Hon. Madeline Cox Arleo, U.S.D.J.)

**[PROPOSED] FINAL ORDER SETTING VOLUNTARY SURRENDER**
**DATE OF AUGUST 3, 2026**

Upon consideration of Appellant Parmjit Parmar's Emergency Motion to Set
August 3, 2026 as the Voluntary Surrender Date and for Temporary Stay Pending
Review, any response, any reply, and the record presented, the motion is
GRANTED.

IT IS HEREBY ORDERED that Appellant Parmjit Parmar's voluntary
surrender date is set for August 3, 2026.

IT IS FURTHER ORDERED that all existing conditions of release imposed by the District Court, including electronic monitoring, residence restrictions, and Pretrial Services supervision, shall remain in full force and effect through the date of surrender.

IT IS FURTHER ORDERED that the relief granted changes only the date of surrender. It does not modify the judgment, the sentence, or any other condition of release.

IT IS FURTHER ORDERED that Appellant shall not seek another extension of the voluntary surrender date based on the same medical, personal, family-care, estate-planning, records-preservation, residence-transition, or pre-surrender preparation grounds advanced in this motion. Nothing in this Order addresses or limits any legally distinct application for release pending appeal under 18 U.S.C. § 3143(b) or Federal Rule of Appellate Procedure 9.

Dated: _____, 2026

_____
Circuit Judge
United States Court of Appeals
for the Third Circuit