**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. 2:18-cr-00735-MCA-1 |
| v. | Hon. Madeline Cox Arleo, U.S.D.J. |
| PARMJIT PARMAR, a/k/a "Paul Parmar," | |
| Defendant. | *Oral Argument Requested* |

### NOTICE OF MOTION FOR RELEASE PENDING APPEAL

PLEASE TAKE NOTICE that, at a time and place to be set by the Court, defendant Parmjit Parmar, also known as Paul Parmar, by and through undersigned counsel, pursuant to 18 U.S.C. § 3143(b)(1)(B), will move this Court, the Honorable Madeline Cox Arleo, United States District Judge, for an order granting release pending appeal under 18 U.S.C. § 3143(b) and Federal Rule of Criminal Procedure 46(c), and staying the sentence of imprisonment under Federal Rule of Criminal Procedure 38(b)(1) pending the appeal.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, the defendant will rely upon the accompanying Memorandum of Law, and the record in this case. A proposed form of order accompanies this motion.

Dated: May 31, 2026

Respectfully submitted,

/s/ *Timothy P. Neumann, Esq.*
Timothy P. Neumann, Esq.
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484

*Co-Counsel for Defendant Parmjit Parmar*