**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 2:18-cr-00735-MCA-1 |
| v. | Hon. Madeline Cox Arleo |
| PARMJIT PARMAR, a/k/a "Paul Parmar," | |
| Defendant. | |

**[*PROPOSED*] ORDER GRANTING RELEASE PENDING APPEAL**

THIS MATTER having come before the Court on the motion of defendant Parmjit Parmar for release pending appeal under 18 U.S.C. § 3143(b) and Federal Rule of Criminal Procedure 46(c); the Court having considered the Memorandum of Law, the supporting Declarations and Exhibits, any opposition, and the complete record; and for good cause shown,

**IT IS HEREBY ORDERED as follows:**

1.      The Motion is GRANTED. The sentence of imprisonment is STAYED pending the appeal pursuant to Federal Rule of Criminal Procedure 38(b)(1).The defendant shall be released pending appeal subject to the following conditions:

   a.   Continuous GPS monitoring.

   b.   Home confinement at an approved residence.

   c.   Travel limited to the District of New Jersey, visits with counsel, and medical appointments pre-approved by Pretrial Services.

   d.   Surrender of his passport and all travel documents.

   e.   A representation that he holds no other travel documents and will not apply for any new travel document, including an Overseas Citizen of India card.

   f.   A third-party custodian, subject to the approval of the Court and Pretrial Services.

   g.   Monthly financial disclosure to Pretrial Services.

   h.   No transfer exceeding $5,000 without prior written approval.

   i.   No investor solicitation, fundraising, lending, or securities-related business activity.

   j.   No formation of any new business entity.

k. No role as officer, director, manager, member, partner, controlling person, or signatory of any new entity.

l. No contact with victims, witnesses, lenders, CC Capital representatives, bankruptcy-estate representatives, or co-defendants, except through counsel or as otherwise authorized by the Court.

m. No airport, seaport, or border presence absent prior approval.

n. Self-surrender within twenty-four hours of any order of the Court of Appeals denying release.

o. Immediate surrender upon any order of this Court terminating release.

p. An eighteen-month status review if the appeal remains pending, together with such additional Tier 2 conditions from Exhibit AA as the Court deems appropriate.

**SO ORDERED.**

Dated: _____, 2026

_____

Hon. Madeline Cox Arleo
*United States District Judge*