# BROEGE, NEUMANN, FISCHER & SHAVER, LLC

## ATTORNEYS AT LAW

TIMOTHY P. NEUMANN
PETER J. BROEGE
FRANK J. FISCHER
DAVID E. SHAVER
GEOFFREY P. NEUMANN
…………………
CARL BROEGE
  *of counsel*

25 ABE VOORHEES DRIVE
MANASQUAN, NEW JERSEY  08736
PHONE: (732) 223-8484
FAX: (732) 223-2416
EMAIL: TIMOTHY.NEUMANN25@GMAIL.COM

June 4, 2026

VIA ECF

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: United States v. Parmar, No. 2:18-cr-00735-MCA

Dear Judge Arleo:

I write respectfully to provide a brief status update regarding Mr. Parmar's pending motions for release pending appeal (ECF 360) and related request for expedited consideration and temporary stay (ECF No. 361).

Both motions were filed on Monday, June 1, 2026. Mr. Parmar's current voluntary surrender date is June 11, 2026.

On Tuesday, June 2, 2026, the Government advised chambers and defense counsel by email (copy attached) that it was "in the process of preparing an opposition to this motion and also a letter to the Court to be submitted today on Defendant's appeal of the Court's May 26, 2026 Order extending Parmar's surrender date to June 11."

As of the filing of this letter at close of business today, no opposition to the pending release-pending-appeal motion or the related expedited/stay request has been filed

In light of the June 11 surrender date, Mr. Parmar respectfully requests guidance from the Court as to whether the Court wishes to set an expedited response schedule, decide the pending request

on the papers presently submitted, or enter any interim temporary relief pending resolution of the motion.

Thank you for your attention.

Respectfully submitted,

/s/ *Timothy P. Neumann*
Timothy P. Neumann, Esq.
*Co-Counsel for Parmjit Parmar*