**From:** Lyons, Kelly (USANJ) <Kelly.Lyons@usdoj.gov>
**Sent:** Tuesday, June 2, 2026 10:01:29 AM
**To:** Timothy Neumann <timothy.neumann25@gmail.com>; Amy Andersonn <amparo_andersonn@njd.uscourts.gov>
**Cc:** Barchini, George (USANJ) <George.Barchini@usdoj.gov>
**Subject:** RE: Paul Parmar

Good morning, Amy, the Government is in the process of preparing an opposition to this motion and also a letter to the Court to be submitted today on Defendant's appeal of the Court's May 26, 2026 Order extending Parmar's surrender date to June 11.

Thank you,
Kelly

**Kelly M. Lyons**
**Assistant United States Attorney**
U.S. Attorney's Office | District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
o: 973-297-2047
c: 973-202-3054
kelly.lyons@usdoj.gov

**From:** Timothy Neumann <timothy.neumann25@gmail.com>
**Sent:** Tuesday, June 2, 2026 9:51 AM
**To:** Amy Andersonn <amparo_andersonn@njd.uscourts.gov>
**Cc:** Lyons, Kelly (USANJ) <Kelly.Lyons@usdoj.gov>
**Subject:** [EXTERNAL] Paul Parmar

Good morning Ms. Anderson,
Check in to inquire about the status of the motion I filed for release pending appeal. My client's surrender date is June 11, which is next week.
I'm also wondering what position if any of the government has with respect to the motion.
Thank you

Get Outlook for iOS