UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-095-E

No. 26-2218

UNITED STATES OF AMERICA

v.

PARMJIT PARMAR
Appellant

(D.N.J. No. 2:18-cr-00735-001)

Present:  KRAUSE and CHUNG, *Circuit Judges*

1. Emergency Motion to set August 3, 2026 as the Voluntary Surrender date and for Temporary Stay Pending Review filed by Appellant Parmjit Parmar

2. Response by Appellee in opposition

3. Reply by Appellant in support of motion

Respectfully,
Clerk/kr

_____ORDER_____

The foregoing motion to continue the date for voluntary surrender and for a stay pending review is DENIED.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: June 5, 2026
PDB/KR/cc: All Counsel of Record

**A True Copy:**

Patricia S. Dodszuweit, Clerk