# PUBLIC — REDACTED VERSION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

PARMJIT PARMAR, a/k/a "Paul Parmar,"

       Defendant.

Crim. No. 2:18-cr-00735 (MCA)

Appeal No. 26-2218 (3d Cir.)

Hon. Madeline Cox Arleo

## EXHIBIT 6

### Voluntary Contact, Travel Disclosure, Voluntary Return, Appearance, and Supervised Compliance Chronology

This is the PUBLIC, REDACTED version of this document. Material concerning Mr. Parmar's medical information and his service to and cooperation with federal law enforcement—the substance of which was sealed at the May 5, 2026 sentencing hearing at the defense's request—has been redacted and is shown by solid black marking. An unredacted version is filed under seal. This document is offered solely in support of Mr. Parmar's motion for release pending appeal and alternative stay of surrender, and not to relitigate guilt, sentencing, valuation, or loss.

# EXHIBIT 6

## Voluntary Contact, Travel Disclosure, Voluntary Return, Appearance, and Supervised Compliance Chronology

*United States v. Parmjit Parmar, Crim. No. 2:18-cr-00735 (MCA) (D.N.J.); Appeal No. 26-2218 (3d Cir.)*

| Date | Event | Source | Flight-Risk Relevance |
|---|---|---|---|
| **~2002–2018** | ██████████████████ | Parmar Second Supp. Decl. ¶¶ 7–11. | █████████████ |
| **Jan. 26, 2026** | ██████████████████ | ████████████ | Independent counsel corrobor |
| **Late 2017 – early 2018** | ██████████████████ | Parmar Second Supp. Decl. ¶¶ 15–24. | █████████████ |
| **Jan. 2018** | Disclosed planned international travel (UAE, India, Thailand) to the Government; provided itinerary; offered to cancel if the Government objected. | Parmar Second Supp. Decl. ¶¶ 34–39. | Voluntarily surfaced travel pl or travel restriction existed; t concealment. |
| **Jan. 2018** | Informed the Government of a multi-week delay in return; provided an updated itinerary. | Parmar Second Supp. Decl. ¶¶ 40–41. | Maintained contact and transp whereabouts throughout trave |
| **Mar. 16, 2018** | ██████████████████ | ████████████ | Contemporaneous, independe voluntary pre-arrest engagem |
| **Early 2018** | Returned to the United States voluntarily while under no GPS monitoring, passport restriction, bond condition, or court supervision. | Parmar Second Supp. Decl. ¶¶ 42–46. | Voluntary return despite unde legal consequences. |
| **~May 2018** | Appeared at an arranged early-morning meeting after being contacted, understanding that arrest was possible; did not hide, flee, or leave the country. | Parmar Second Supp. Decl. ¶¶ 47–55. | Appeared when contacted rat the eve of arrest. |
| **2018 – 2026** | Approximately eight years with no failure to appear and no revocation motion; later relaxation of conditions; continued compliance after sentencing. | Parmar Second Supp. Decl. ¶¶ 86–91; prior supplemental declaration. | Sustained record of appearan bearing directly on present fli |
| **May 2026 (post-** | Pretrial Services / Location Monitoring | Parmar Second Supp. Decl. ¶¶ 69– | United States Pretrial Service |

| Date | Event | Source | Flight-Risk Relevance |
|------|-------|--------|----------------------|
| **sentencing)** | Unit repeatedly approved travel to JFK International Airport (international arrivals) to receive arriving family; "Approved as requested" (May 15, 2026). Defendant self-reported before and after each trip, proposed his own time and area limits, and provided multiple contact numbers, all while on GPS monitoring. | 78; Location Monitoring Unit communications (Ex. 6-B). | agency responsible for monit assessing risk in real time aft international-airport travel an — a contemporaneous risk ju Government's flight-risk posi |