UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-098-E

No. 26-2218

UNITED STATES OF AMERICA

v.

PARMJIT PARMAR,
a/k/a Paul Parmar,
Appellant

(D.N.J. No. 2:18-cr-00735-001)

Present:  KRAUSE and CHUNG, *Circuit Judges*

1. Emergency Motion filed by Appellant Parmjit Parmar for Temporary
   Administrative Stay of Surrender and for Release Pending Appeal under 18
   U.S.C. section 3143(b) and Federal Rule of Appellate Procedure 9(b) or in the
   Alternative, for Stay of Surrender Pending District Court Disposition and Rule
   9(b) Review.

2. Response by Appellee to Motion.

3. Reply by Appellant to Response.

Respectfully,
Clerk/kr

_____ORDER_____
The foregoing motion is DENIED.

By the Court,

s/ Cindy K. Chung
Circuit Judge

A True Copy:

Patricia S. Dodszuweit, Clerk

Dated: June 9, 2026

kr/cc: All Counsel of Record