UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo, U.S.D.J. |
| v. | : | Crim. No. 18-735 |
| PARMJIT PARMAR, | : | SUBSTITUTION OF ATTORNEY |
| Defendant | : | |

PLEASE TAKE NOTICE that Robert Frazer, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Sylvia-Rebecca Gutiérrez, Assistant U.S. Attorney (Sylvia-Rebecca.Gutierrez@usdoj.gov), in substitution for Peter A. Laserna, Assistant U.S. Attorney, who previously appeared in this matter.

Robert Frazer
United States Attorney

*s/ Sylvia-Rebecca Gutiérrez*
By: Sylvia-Rebecca Gutiérrez
Assistant U.S. Attorney

Dated: October 16, 2026