UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PARMJIT PARMAR,<br><br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>: | CRIMINAL NO. 18-735-MCA-1<br><br><br><br>**ORDER** |

**WHEREAS,** judgement was entered on the May 6, 2026 in this action in the United States District Court, District of New Jersey, between the United States of America and Defendant Parmjit Parmar (the "Defendant'), in which the Court ordered the Defendant to pay restitution in the amount of $125,049,681.76, the Defendant also has an outstanding balance owed to electronic monitoring company, BI Inc. & Geo, of $1,224.50.

It is on this 29th day of October, 2026

**ORDERED** that there is $2,213.55 in U.S. currency presently being retained by the Clerk of the United States District Court for the District of New Jersey pursuant to the Court's January 15, 2025 Order of Judge Madeline Cox Arleo; and

**ORDERED** that the Clerk's office is directed to send the balance owed of $1,224.50 to BI Inc. & Geo, 6265 Gunbarrel Avenue, Suite B, Boulder, CO 80301, the check shall include the following information: Parmjit Parmar, Zora Act#1660101-1291871.

**ORDERED** that the $989.05 in U.S. currency left over as described above shall be turned over to the United States to be used towards Defendant's restitution obligation.

Hon. Madeline Cox Arleo
U.S.D.J.